E-FILED
Thursday, 08 March, 2007  12:41:32 PM
Clerk, U.S. District Court, ILCD

**FILED**

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

MAR – 8 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOI.

Central                    **District of**                    Illinois

JOSEPH T. DUNLOP, JOHNNY BANKSTON,
MICHAEL DOPSON,
ANTHONY L. FLETCHER
_____ Plaintiff

V.

MCLEAN COUNTY SHERIFF
MIKE EMERY, DAVID OWENS,
PUBLIC DEFENDER AMY DAVIS,
_____ Defendant.

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: _____

I, ANTHONY L. FLETCHER ET ALS.  declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?          ☑ Yes          ☐ No          (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  MCLEAN COUNTY JAIL, BLOOMINGTON IL. 61701

   Are you employed at the institution?  NO   Do you receive any payment from the institution?  NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?          ☐ Yes          ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   MAY 1, 2006  SELF EMPLOYED  LESS THAN $1000.00 A MONTH

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment          ☐ Yes          ☑ No
   b. Rent payments, interest or dividends          ☐ Yes          ☑ No
   c. Pensions, annuities or life insurance payments          ☐ Yes          ☑ No
   d. Disability or workers compensation payments          ☐ Yes          ☑ No
   e. Gifts or inheritances          ☐ Yes          ☑ No
   f. Any other sources          ☑ Yes          ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

MY GIRL FRIEND
SOMETIMES $20.00 — $50.00

DEPENDS ON HER ATTITUDE AND FINANCES
AND MAY STOP AT ANY TIME.

4.  Do you have **any** cash or checking or savings accounts?      ☐ Yes      ☑ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?      ☐ Yes      ☑ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

MY DAUGHTER
NONE DUE TO INCARCERATION

I declare under penalty of perjury that the above information is true and correct.

3-7-2007
_____
Date

_____
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# MCLEAN COUNTY
## INMATE TRUST TRANSACTION REPORT (BOOKING NUMBER)

**Booking Number:** 130157823    **Name:** FLETCHER, ANTHONY L

| Transaction Date | Transaction Type | Transaction Amount | Negotiable Instrument | Officer | Adjustment Code |
|---|---|---|---|---|---|
| 03/05/07 | COMMISSARY PURCHASE | $1.25 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 02/28/07 | COMMISSARY REFUND | $1.3 | Transfer/Debit/Credit | MAAKS, RONNIE | |
| 02/28/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 02/27/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 02/26/07 | COMMISSARY PURCHASE | $49.9 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 02/26/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 02/26/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 02/23/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 02/21/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | CHURCHILL, MOLLI | |
| 02/21/07 | DEPOSIT | $50 | Check/Money Order | PHARES, TOM | |
| 02/20/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 02/20/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 02/20/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 02/20/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 02/12/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 02/12/07 | COMMISSARY PURCHASE | $20.15 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 02/07/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 02/06/07 | DEPOSIT | $20 | Cash | WOODY, MICHELLE | |
| 02/06/07 | DEPOSIT | -$20 | Cash | WOODY, MICHELLE | DATA ENTRY ERROR |
| 02/06/07 | DEPOSIT | $20 | Check/Money Order | REUTER, JENNIFER | DATA ENTRY ERROR |
| 01/29/07 | COMMISSARY PURCHASE | $0.95 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 01/26/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 01/24/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 01/24/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 01/22/07 | COMMISSARY PURCHASE | $39.01 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 01/19/07 | DEPOSIT | $40 | Cash | WOODY, MICHELLE | |
| 01/19/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 01/08/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 01/08/07 | COMMISSARY PURCHASE | $3.88 | Transfer/Debit/Credit | MAAKS, RONNIE | |
| 01/02/07 | COMMISSARY PURCHASE | $17.31 | Transfer/Debit/Credit | MAAKS, RONNIE | |
| 12/30/06 | DEPOSIT | $20 | Check/Money Order | MATTHEWS, MARY | |

# MCLEAN COUNTY
## INMATE TRUST TRANSACTION REPORT (BOOKING NUMBER)

Booking Number: 13015823          Name: FLETCHER, ANTHONY L

| Transaction Date | Transaction Type | Transaction Amount | Negotiable Instrument | Officer | Adjustment Code |
|---|---|---|---|---|---|
| 12/29/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAARS, CATHY | |
| 12/27/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAARS, CATHY | |
| 12/27/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAARS, CATHY | |
| 12/26/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 12/26/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 12/19/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 12/19/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 12/18/06 | COMMISSARY PURCHASE | $18.71 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 12/13/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAARS, CATHY | |
| 12/13/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAARS, CATHY | |
| 12/13/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAARS, CATHY | |
| 12/11/06 | DEPOSIT | $20 | Check/Money Order | PACHA, KENNETH | |
| 12/11/06 | COMMISSARY PURCHASE | $14.99 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 12/08/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAARS, CATHY | |
| 12/07/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAARS, CATHY | |
| 12/06/06 | DEPOSIT | $15 | Check/Money Order | MAARS, CATHY | |
| 12/06/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAARS, CATHY | |
| 12/05/06 | FREE LEGAL POSTAGE | -$0.01 | Transfer/Debit/Credit | MAARS, CATHY | DATA ENTRY ERROR |
| 12/05/06 | FREE LEGAL POSTAGE | $0.01 | Transfer/Debit/Credit | MAARS, CATHY | DATA ENTRY ERROR |
| 12/05/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAARS, CATHY | |
| 12/04/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 12/04/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 12/04/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 11/29/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAARS, CATHY | |
| 11/27/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 11/27/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 11/27/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 11/27/06 | COMMISSARY PURCHASE | $1.2 | Transfer/Debit/Credit | MAARS, RONNIE | |
| 11/20/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 11/20/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 11/20/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 11/20/06 | COMMISSARY PURCHASE | $8.78 | Transfer/Debit/Credit | MAARS, RONNIE | |
| 11/20/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |

# MCLEAN COUNTY
## INMATE TRUST TRANSACTION REPORT (BOOKING NUMBER)

**Booking Number:** 13015782 3

**Name:** FLETCHER, ANTHONY L

**Adjustment Code**

| Transaction Date | Transaction Type | Transaction Amount | Negotiable Instrument | Officer |
| --- | --- | --- | --- | --- |
| 11/17/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY |
| 11/13/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE |
| 11/13/06 | DEPOSIT | $10 | Check/Money Order | CRUZ, CAROL |
| 11/13/06 | COMMISSARY PURCHASE | $0.42 | Transfer/Debit/Credit | POSHARD, BETTY |
| 11/06/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE |
| 11/06/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE |
| 11/06/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE |
| 10/30/06 | COMMISSARY PURCHASE | $23.2 | Transfer/Debit/Credit | POSHARD, BETTY |
| 10/28/06 | DEPOSIT | $20 | Cash | CRUZ, CAROL |
| 10/27/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY |
| 10/27/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY |
| 10/27/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY |
| 10/25/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY |
| 10/24/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY |
| 10/23/06 | COMMISSARY PURCHASE | $14.25 | Transfer/Debit/Credit | MAAKS, RONNIE |
| 10/16/06 | COMMISSARY PURCHASE | $12.2 | Transfer/Debit/Credit | POSHARD, BETTY |
| 10/12/06 | DEPOSIT | $30 | Check/Money Order | PHILLIPS, TINA |
| 10/10/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY |
| 10/09/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MORGAN, BRENDA |
| 10/05/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY |
| 10/03/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE |
| 10/03/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE |
| 10/02/06 | COMMISSARY PURCHASE | $30.75 | Transfer/Debit/Credit | POSHARD, BETTY |
| 09/25/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE |
| 09/22/06 | DEPOSIT | $30 | Check/Money Order | CRUZ, CAROL |
| 09/21/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE |
| 09/19/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE |
| 09/19/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE |
| 09/14/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY |
| 09/12/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY |
| 09/11/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE |

# INMATE TRUST TRANSACTION REPORT (BOOKING NUMBER)

## MCLEAN COUNTY

**Booking Number:** 130157823    **Name:** FLETCHER, ANTHONY L

| Transaction Date | Transaction Type | Transaction Amount | Negotiable Instrument | Officer | Adjustment Code |
|---|---|---|---|---|---|
| 09/11/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 09/11/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 09/08/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 09/05/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 09/01/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 08/31/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 08/30/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/30/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/30/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/28/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/28/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/28/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/17/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 08/16/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 08/14/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/14/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/14/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/14/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/14/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/11/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 08/10/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 08/10/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 08/09/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 08/08/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/07/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/07/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/07/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/07/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/03/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/03/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/03/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |

**MCLEAN COUNTY**

**INMATE TRUST TRANSACTION REPORT (BOOKING NUMBER)**

Booking Number: 130157823

Name: FLETCHER, ANTHONY L

| Transaction Date | Transaction Type | Transaction Amount | Negotiable Instrument | Officer | Adjustment Code |
|---|---|---|---|---|---|
| 07/31/06 | COMMISSARY PURCHASE | $3.5 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 07/31/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 07/28/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 07/27/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 07/26/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 07/24/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 07/24/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 07/24/06 | COMMISSARY PURCHASE | $8.8 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 07/20/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 07/19/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 07/18/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 07/17/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 07/17/06 | COMMISSARY PURCHASE | $10 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 07/14/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 07/13/06 | FREE POSTAGE | $0.01 | No charge (indigent) | REED, BRADLEY | |
| 07/11/06 | FREE POSTAGE | $0.01 | No charge (indigent) | REED, BRADLEY | |
| 07/10/06 | FREE POSTAGE | $0.01 | No charge (indigent) | REED, BRADLEY | |
| 07/10/06 | COMMISSARY PURCHASE | $12.05 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 07/10/06 | FREE POSTAGE | $0.01 | No charge (indigent) | REED, BRADLEY | |
| 07/06/06 | FREE POSTAGE | $1.55 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 06/28/06 | COMMISSARY REFUND | $14 | Transfer/Debit/Credit | MAAKS, RONNIE | |
| 06/27/06 | FREE POSTAGE | $0.01 | No charge (indigent) | REED, BRADLEY | |
| 06/26/06 | COMMISSARY PURCHASE | $27.65 | Transfer/Debit/Credit | MAAKS, RONNIE | |
| 06/23/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 06/21/06 | DEPOSIT | $50 | Check/Money Order | PHILLIPS, TINA | |
| 06/19/06 | FREE POSTAGE | $0.01 | No charge (indigent) | REED, BRADLEY | |
| 06/16/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 06/02/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 05/26/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 05/23/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |

# MCLEAN COUNTY
## INMATE TRUST TRANSACTION REPORT (BOOKING NUMBER)

**Booking Number:** 13015782B

**Name:** FLETCHER, ANTHONY L

| Transaction Date | Transaction Type | Transaction Amount | Negotiable Instrument | Officer | Adjustment Code |
|---|---|---|---|---|---|
| 05/23/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 05/15/06 | COMMISSARY PURCHASE | $31.4 | Transfer/Debit/Credit | MAAKS, RONNIE | |
| 05/13/06 | DEPOSIT | $20 | Cash | BAY, SARA | |
| 05/08/06 | COMMISSARY PURCHASE | $73 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 05/06/06 | DEPOSIT | $40 | Cash | MATTHEWS, MARY | |
| 05/01/06 | PREVIOUS BAL. (DEPOSIT) | $3.83 | Cash | ROOK, BILLY | |
| 05/01/06 | INDIGENT BAG | $1.05 | Transfer/Debit/Credit | MORGAN, BRENDA | |
| 05/01/06 | DEPOSIT | $42.01 | Cash | ROOK, BILLY | |

**Trust Balance:** $0.19

E-FILED
Thursday, 08 March, 2007  12:41:47 PM
Clerk, U.S. District Court, ILCD

Page 1

RECEIVED
MAR - 8 2007
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

Joseph T. Dunlap, Johnny Bankston,
Michael Dopson,
Anthony L. Fletcher, ET Als.    )
              **Plaintiff**    )
                   )
                   )
          vs.        )Case No. 07-1051
                   )
                   )
McLean County Sheriff Dept.  )
Mike Emery,          )
David Owens,         )
Public Defender Amy Davis    )
              **Defendant(s)**    )

## COMPLAINT

☑42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☑Other  735 ILCS 5/2-801. Class Action

_Please note:  This form has been created for prisoners but can be adapted for use by non-prisoners._

Now comes the plaintiff, _Anthony L. Fletcher et Als._ , and states as
follows:   104 W. Front St., Bloomington, IL. 61701

                 Johnny Bankston
My current address is: 104 W. Front St., Bloomington, Il. 61701,
Joseph Dunlap, Michael Dopson IL. Department of Correction

The defendant _Mike Emery_ , is employed as _McLean County Sheriff_
         at _McLean County Jail_

The defendant _David Owens_ , is employed as _Unknown / Former_
_McLean County Sheriff_  at _McLean County Jail_
November 2006.

The defendant _Amy Davis_, is employed as _McLean County Public Defender_ at _Law & Justice Center 104 N. Front St., Bloomington, IL. 61701_

The defendant _____, is employed as _____
_____ at _____

(revised 9/96)

The defendant _____, is employed as _____
_____ at _____

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as

above on a separate page.

## LITIGATION HISTORY

A.  Have you brought any other lawsuits in state or federal court dealing with the same

facts involved in this case?          Yes      ☐      No  ☑

If yes, please describe

_____

_____

_____

B.  Have you brought any other lawsuits in state or federal court while incarcerated?

                              Yes      ☐      No  ☑

C.  If your answer to B is yes, how many? _____ Describe the lawsuit in the space

below.  (If there is more than one lawsuit, describe the additional lawsuits on another

piece of paper using the same outline.)

  1.  Parties to previous lawsuit:

      Plaintiff(s)      _____

      Defendant(s)    _____

                     _____

  2.  Court (if federal court, give name of district; if state court, give name of county)

3. Docket Number/Judge

_____

4. Basic claim made

_____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it    still pending?)

_____

6. Approximate date of filing of lawsuit_____

7. Approximate date of disposition

_____

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?  Yes  ☒  No  ☐

B. Have you filed a grievance concerning the facts relating to this complaint?  Yes  ☒

No  ☐  If your answer is no, explain why not

_____

_____

C. Is the grievance process completed?  Yes  ☒  No  ☐

*PLEASE NOTE:  THE PRISON LITIGATION REFORM ACT BARS ANY*

Fletcher

# GRIEVENCE NOTE                     3-6-2007

ON JUNE 27, 2006 PLAINTIFF, ANTHONY L. FLETCHER SUBMITTED THIS ORIGINAL GRIEVENCE TO SHERIFF DAVID OWENS WHICH **WAS** NEVER ANSWERED, RESPONDED TO, OR RETURNED a COPY OF BY SHERIFF DAVID OWENS WHO WAS SUBSEQUENTLY REPLACE AS MCLEAN COUNTY SHERIFF BY NEWLY ELECTED SHERIFF MIKE EMERY WHO HAS ALSO DISTRIBUTED SAID "CASE INFORMATION NOTICE" SINCE JANUARY 2007.

ON MARCH 6, 2007 PLAINTIFF, RESUBMITTED THIS <u>CARBIN Copy</u> OF THE ABOVE ORIGINAL GRIEVENCE TO SHERIFF MIKE EMERY, BY WAY OF SGT. TOM PHARES AT APPROX. 9:30 A.M.

ON MARCH 6, 2007 AT APPROX. 4:35 PM MCLEAN COUNTY JAIL OPERATIONS SUPERVISOR "JAMIE KESSINGER" RETURNED THIS CARBIN Copy OF THE ORIGINAL GRIEVENCE RESUBMITTED TO SHERIFF MIKE EMERY BY SGT. TOM PHARES AT APPROX. 9:30 A.M.
OPERATIONS SUPERVISER JAMIE KESSINGER WAS ESCORTED BY OFFICER <u>SHERI DAY</u>, WHEN 9/S JAMIE KESSINGER HANDED PLAINTIFF, ANTHONY L. FLETCHER THE SAID GRIEVENCE (ATTACHED) AND STATED THAT MCLEAN COUNTY SHERIFF MIKE EMERY STATED THAT HE WAS <u>NOT</u> GOING TO ADDRESS THE ISSUE OF SAID GRIEVENCE (ATTACHED).

WHICH IN EFFECT COMPLETED THE GRIEVENCE PROCESS PURSUANT TO INMATE INFORMATION HANDBOOK PAGE 15 AND 16 (SEE ATTACHMENT-A P.16

PURSUANT TO THE PRISON LITIGATION REFORM ACT

*Fletcher*,                  ATTACHMENT-4

A.   Inmate Services Bureau will handle the following issues:

-Day for Day Good Time - Out Dates
-Classification Review
-Personal Problems
-Food Service/County Park Worker Applications

** Inmate Services WILL NOT address any issues dealing with
legal matters. These should be referred to your attorney.
Requests for attorneys should be sent via U.S. Mail.

B.   Program Director will handle the following issues:
-Commissary
-Programs (Religious Programs will be referred to the Inmate
Chaplain)

C.   Health Services staff will handle the following issues:
-All Medical Needs

D.   Watch Commanders will handle the following issues:

-Concerns about day to day operations of the Facility
-Personal Property Requests
-Bond Information
-Maintenance Problems

E.   MCDF Operations Supervisors will handle the following issues:

-Discipline Reviews
-All appeals shall be made within 24 hours of the disciplinary
hearing.



If an Inmate is not satisfied with the response to their Request Form (with
the exceptions of Medical Request Forms), they may appeal to the
following people in the following order:

-MCDF Operations Supervisor
-MCDF Superintendent
-Sheriff 

If an Inmate is not satisfied with the response to their Medical Request
Form, they may appeal to the following people in the following order:

16

GRIEVENCE

**Inmate Request Form**

Inmate's Name _ANTHONY L. FLETCHER_   Cell # _M-I30_

Date of Request _6-27-2006_   Property #_____

Date/Time Received _03/06/07  0812_   Received By _TP_

I respectfully request interview with: (circle one)

(1) Correctional Officer
(2) Sergeant
(3) Medical Services
(4) Property Officer
(5) Center for Human Services
(6) Inmate Services

(7) Inmate Chaplain
(8) Program Director
(9) Operations Supervisor
(10) MCDF Superintendent
(11) Sheriff
(12) Other _DAVID OWENS_
        _MIKE EMERY - 3-6-2007_

Reason: GRIEVENCE: THIS GRIEVENCE IS CONCERNING THE False AND MISLEADING MISINFORMATION FOUND IN THE INMATE INFORMATION AND ORIENTATION HANDBOOK OF DAVID OWENS REVISED May 2004 ON PAGE 24 AND 25 TITLED "CASE INFORMATION NOTICE"

THIS MISLEADING INFORMATION IS A COMPLETE False REPRESENTATION OF THE PROCESS OF LAW GOVERNING THE DEFENDANT'S RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL PURSUANT TO THE SUPREME COURT RULES OF PROFESSIONAL CONDUCT,

As well As THE DEFENDANT'S RIGHT TO CONSULT WITH ATTORNEY PURSUANT TO THE ILLINOIS Compiled Statutes. Also THIS MISLEADING AND False INFORMATION GIVES A COMPLETE MISREPRESENTATION OF THE PROCESS OF LAW GOVERNING SUBSTITUTION OF JUDGE PURSUANT TO THE ILLINOIS COMPILED STATUTES 725 ILCS S/114-5(c). I HAVE FOUND YOUR CASE INFORMATION NOTICE TO BE A COMPLETE ACT OF SUBTERFUGE Maliciously DIRECTED AT TOTALLY MISLEADING THE INTIRE INMATE POPULATION OF McLEAN COUNTY JAIL INCLUDING MYSELF IN COMPLETE VIOLATION OF THE U.S. CONSTITUTIONAL RIGHT TO DUE PROCESS OF LAW OF MYSELF AND THE INTIRE INMATE POPULATION OF MCLEAN COUNTY JAIL FROM THE YEAR MAY 2004.

ANNUITIES CODE

COUNTIES CODE
OFFICERS AND EMPLOYEES

SHERIFF

55 ILCS 5/3-6017
SHERIFF CUSTODIAN OF COURTHOUSE AND JAIL

HE OR SHE SHALL HAVE THE CUSTODY AND CARE OF THE COURT HOUSE AND
JAIL OF HIS OR HER COUNTY, EXCEPT AS OTHERWISE PROVIDED.

[SHERIFF / CUSTODIAN OF COURTHOUSE AN JAIL]
[DUTIES OF CUSTODIAN AND CARE OF COURT HOUSE
AND CRIMINAL COURT BUILDING]

NOTE 5.   THE LAW DOES NOT RECOGNIZE ANY ESTATE OR INTEREST OF
THE SHERIFF, POSSESSORY OR OTHERWISE, IN THE COURTHOUSE OR JAIL,
BUT HIS RELATION TO THEM IS ONLY THAT OF ONE EMPLOYED TO
TAKE CARE OF THEM, AS PART OF HIS OFFICIAL DUTY, AND ALL THE
POSSESSION HE HAS IS THE POSSESSION OF THE COUNTY

HARDIN V. COUNTY OF SANGAMON, 1897, 71 Ill. App. 103

"CUSTODY AND CARE OF THE COURTHOUSE AND JAIL PROVIDED BY CH. 125
¶14 (REPEALED; SEE NOW, THIS PARAGRAPH) GAVE HIM "ONLY" THE RIGHT TO
POSSESS THE COURTHOUSE IN A CUSTODIAL CAPACITY.

WADE V. PIKE COUNTY, APP. 1969, 104 ILL. App. 2d 426, 244 N.E. 2d 209
COURTS ⊂≓ 72

GRIEVENCE ⓐ

RELIEF: 1) THAT ALL CONVICTIONS AND CASE RESULTING IN A INEFFECTIVE
ASSISTANCE OF COUNSEL BE OVERTURNED FROM MAY 2004
FORWARD.

2) THAT CURRENT MCJ INMATE HANDBOOK BE REPORTED
TO THE ILINOIS ATTORNEY GENERAL OFFICE FOR U.S.
CONSTITUTIONAL RIGHT VIOLATIONS AGAINS THE INTIRE
INMATE POPULATION PROPETUALLY.

3) THAT SAID HANDBOOK OMMITT THE CODE INFORMATION
NOTICE

*INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS*
*OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE*
*ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS*
*RELATING TO YOUR GRIEVANCE.*

# STATEMENT OF CLAIM

Place of the occurrence _McLean County Detention Facility / MCJ_

Date of the occurrence _2004 - March 5. 2007  Foreward →_

Witnesses to the occurrence _McLean County Jail Inmate Population_
*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.*
*Unrelated claims should be raised in a separate civil action.*
    *THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

1) THE McLean County Detention Facility's Inmate Information and Orientation Handbook (See Exhibit-A P.24,25) which bore the name David Owens Sheriff, Revised May 2004 was given to the Plaintiff by Jail operations supervisor as a remedy for grievance issues, and issues concerning court procedure, and issues of Attorney/Client contact, communication, and counseltation with the McLean County Public Defense Counsel on or about June 20, 2006, which said Handbook has been given to the intire inmate population of McLean County Jail from the year 2004 to date, for the same aforesaid purposes.

2) Upon reference of page 24 and 25 of said Handbook under the title - Case Information Notice, Plaintiff Anthony L. Fletcher et als. discovered a complete section of said Handbook dedicated to an "Illegal Form of criminal procedure by way of misinformation and fraudulant misrepresentation of the process of effective assistance of counsel according to the Illinois Supreme Court rules of professional conduct, and of the Statutory Procedure for Substitution of Judge According to 725 ILCS 5/114-5(A-C).                 : (See Exhibit-A P.24-25)

3) McLean County Sheriff Mike Emery, David Owens, Public Defender Amy Davis has with Intentional Bad Faith Committed the act of Fraudulent Misrepresentation of the Illinois Compiled Statutes Criminal Procedure with the intent to induce the Plaintiffs and the intire inmate population of McLean County Jail to act on the abovesaid False Statements of Material Facts, which Statements were Made For the purpose of Inducing. Reliance thereon, and with the intent to injure the Plaintiff's Constitutional Right to Due Process of Law

UNDER All McLean County Criminal Court Cases of
THE INTIRE INMATE population FROM THE YEAR 2004
ONWaRD.

4) McLean County SHERIFF MIKE EMERY, DAVID OWENS Has
Completely Violated His OFFICIaL DUTY and RIGHT as
CUSTODIaN OF THE CourtHouse and JaiL IN a "SECURITY
and CUSTODIaL Capacity ONLY"; and IN RELIENCE
ON SaID FaLSE and MisLEaD STaTEMENTS and INFORMaTION
THE PLaINTIFF'S, and THE INTIRE McLEaN COUNT JaiL
IN MaTE population (FROM THE YEaR 2004 ONWaRD) ~
Has SUFFERED Complete INJURY TO THEIR UNITED STaTES
CONSTITUTIONaL RIGHT TO PROCEDUaL DUE PROCESS OF Law,
SUBSTaNTIVE DUE PROCESS OF Law, and THE RIGHT TO
CONSTITUTIONaL AUTONOMY.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

WHEREFORE, PLAINTIFF PRAYS AS FOLLOWINGS:

THAT ALL CONVICTIONS BASE ON THE PROCESS OF LAW AND LEGAL PROCEDURE OUTLINED IN THE MCLEAN COUNTY DETENTION FACILITY INMATE INFORMATION AND ORIENTATION HANDBOOK ON PAGE 24 AND 25 UNDER THE TITLE CASE INFORMATION NOTICE, THAT BARES THE NAME DAVID OWENS SHERIFF REVISED MAY 2004, AND DISTRIBUTED BY MCLEAN COUNTY SHERIFF MIKE EMERY AS OF MARCH 5, 2007, BE OVERTURED AND DISMISSED RETRO ACTIVELY FROM THE REVISED DATE OF 2004 FORWARD

THAT ALL UNCONVICTED, AS WELL AS CONVICTED PLAINTIFF'S AND PARTIES CASES RELATED TO THIS COMPLAINT WHO HAVE HAD A INEFFECTIVE ASSISTANCE OF PUBLIC DEFENSE COUNSEL BASE ON THE PROCESS OF LAW AND ILLEGAL PROCEDURE OUTLINED IN THE MCLEAN COUNTY DETENTION FACILITY INMATE INFORMATION AND ORIENTATION HANDBOOK PAGE 24 AND 25 UNDER THE TITLED CASE INFORMATION NOTICE, FORM SHERIFF, DAVID OWENS REVISED MAY 2004, AND DISTRIBUTED BY SHERIFF MIKE EMERY AS OF 3-5-07 BE DISMISSED RETRO ACTIVELY.

**JURY DEMAND**       Yes ☐       No ☑

Signed this ___7___ day of __March__,

● 2007.

_____ (Signature of Plaintiff)

| Name of Plaintiff: ANTHONY L. FLETCHER, JOSEPH DUNLAP, MICHAEL DODSON, JOHNNY BANKSTON, ET AlS. | Inmate Identification Number: 130157823 |
|---|---|
| Address: MCLEAN COUNTY JAIL 104 W. FRONT ST. BLOOMINGTON, IL. 61701 | Telephone Number: |

EXHIBIT-4 P2

1:07-cv-01051-HAB-JAG  # 1-2  Page 13 of 15

25



...and **cannot make bond**

...ssigned Public Defender, **by mail**, with all ...ons or other information. Be sure to completely ...aire, which will be given to you by the Public ...nitial court appearance.

...your case that should be known by your Public ...and addresses of witnesses; or facts which ...contact your Public Defender **by mail** ...is NOT the responsibility of Inmate Services to ...u.

...many cases to handle, so please be patient if ...Defender right away. Each Felony Public ...ed and will handle your case well. ...not always discuss your case as soon as you ...ls will usually not be accepted.

RULE 1.7(b) S.CT. RULE 3.2
SCULPTON, 212 Ill. 2d 285, 302 (2004)
RONT, 339 Ill. App. 3d 794-(9)

...ince, you will have a public defender appointed if ...n attorney. If you want a public defender to ...your case, you must have an appointment with ...in in custody, the screener will visit you in jail. ...d, You should call the screener at the number ...dy hearing. **Your Failure to see the screener ...ave a Public Defender.**

1974, 2017 Ill. Dec .694, 2041 Ill. App. 3d 1, 636 N.E.2d 1126

...dge, you must tell the Assistant Public Defender ...as of your wishes at that time. Once your ...the trial Judge at the Arraignment, you have ...For Change of Judge. You should also write ...in the Law and Justice Center, 6th floor, to ...ange of Judge. Once the 10 days have elapsed, ...ly impossible

...SE PROCEDURE RE 725 ILCS 5/114-5.
2 MON, 1997, 71 Ill. App. 103

EXHIBIT-A P.1    LAWDI... 71 P.2

**ATTENTION SENTENCED INMATES:** If you are serving a county jail sentence as a condition of your probation, you must report immediately upon your release form from the MCDF to you probation officer. Office hours for probation are Monday through Friday 0830 to 1630 hours in room 103.

**Work Release Inmates**

Inmates on work release or day release may be charged with escape per Illinois Compiled statutes Chapter 720, Act 5, Section 31-6.

**ATTENTION PERIODIC SENTENCED INMATES: YOU MAY BE REQUIRED BY MCLEAN COUNTY ORDINANCE TO PAY, PER DAY, FOR ROOM AND BOARD.**

You must pay $20.00 per day or $140.00 for each full 7 days in custody. A receipt will be given to you each time you pay your weekly sum. A ledger will be kept on each individual that is required to pay this sum.

Pursuant to McLean County Ordinance, the defendant is ordered to pay the sum of $20.00 per day, for the cost of board for each date that he is in custody while serving his periodic imprisonment. Payment shall be made weekly. Upon failure of the defendant to make payment as ordered, his periodic imprisonment shall be revoked and he shall be held in jail for the balance of his imprisonment. Mittimus is held for said imprisonment.

Anyone who violates the order of their periodic imprisonment is subject to having their periodic imprisonment revoked. Any and all violations will be reported to the Judge and States Attorney for prosecution.

**Case Information Notice**

**"Appointment of Attorney:**

The Public Defender appointed to represent you may not be able to consult with you until shortly after your arraignment. However, at the time of you initial court appearance, you will be told if you have been appointed a Public Defender. It is YOUR **RESPONSIBILITY** to make an appointment with your assigned Public Defender as soon as possible after your initial court appearance. Your failure to do so will seriously hamper your Public Defender from adequately representing you.

*[handwritten]* 60-90 Day period ←
Violations - U.S. Const 6th Amendment, S. Ct. Rules 1.2, 1.3, 1.4, 3.2
People v. Ballard 206 Ill. 2d. 171
United States v. Gouveia 467 U.S. 180, 187-88, 81 L.Ed, 104 S. Ct 2292 (1984)

24

**If you are in custody and cannot make bond**

You should contact your assigned Public Defender, **by mail** with all requests for bond reductions or other information. Be sure to completely fill out the Client Questionaire, which will be given to you by the Public Defender's Office at your initial court appearance.

If you have information on your case that should be known by your Public Defender, such as names and addresses of witnesses; or facts which would indicate a defense, contact your Public Defender **by mail** concerning this matter. It is NOT the responsibility of Inmate Services to make legal contacts for you.

Your Public Defender has many cases to handle, so please be patient if you do not see your Public Defender right away. Each Felony Public Defender is very experienced and will handle your case well. Unfortunately, he/she cannot always discuss your case as soon as you may like. Collect phone calls will usually not be accepted.

*[handwritten]* Violation - S. Ct. Rule 1.1, 7 (b), S. Ct. Rule 3.2; People v. Lawton, 212 Ill. 2d 285, 302 (2004); People v. Grant, 339 Ill. App. 3d 794-(8)

**Screening:** People v. Grant

At your first court appearance, you will have a public defender appointed if you cannot afford to hire an attorney. If you want a public defender to represent you throughout your case, you must have an appointment with the Screener. If you remain in custody, the Screener will visit you in jail. If you are able to post bond, you should call the screener at the number given to you at your custody hearing. **Your failure to see the screener will mean you will not have a Public Defender.**

**Change of Judge:**
*[handwritten]* People v. Ryan, App. 2 Dist 1994, 201 Ill. Dec 694 264 Ill App 2d 1 638 N.E. 2d 1126

If you want a change of Judge, you must tell the Assistant Public Defender who is handling your arraignment of your wish at that time. Once your case has been assigned to the trial Judge at the Arraignment, you have only 10 days to file a Request for Change of Judge. You should also write the Public Defender's Office in the Law and Justice Center, 6th floor, to advise that you want a change of Judge. Once the 10 days have elapsed, a change of Judge will be virtually impossible.

*[handwritten]* Violations Criminal Procedure 725 ILCS 5/114-5. Hardin v. County of Sangamon, 1897, 71 Ill. App. 103

**If you are out on bond**

25

To: Clerk of District Court

3-7-2007

My Name is Anthony Fletcher and in Addition to the Circumstances of this Complaint, McLean County Jail Has Completely Forebid the entire inmate population Access to Copy Service, or to in Any way Attain Copies of Legal Documents And Materials For Any Reasons. And As A Result of this I Can not provide Copies For Service On Opposing Parties of this Complaint.

Wherefore, I am Requesting: 4 FILE STAMPED COPIES OF THIS COMPLAINT FOR SERVICE ON All DEFENTANTS, AND 1 FOR MY SELF.

I am In Fear that My Complaint Will Be Confiscated in reprisal, and I have No Other Way to Get the required Copies for Service on Opposing Parties.

It is My Desperate Request that You Send Me Copies Because I Have No other Way to Get Copies.

Thank You For Your Attention. Sincerely

_Anthony J. Fletcher_

P.S. See Also GRIEVENCE NOTE