E-FILED
Thursday, 08 March, 2007  02:32:16 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Anthony Fletcher et al.** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| **vs** | ) | |
| | ) | **CASE NO. 07-1051** |
| **McLean County Sheriff's Dept., et al.** | ) | |
| Defendant | ) | |

**TO:  THE WARDEN of** McLean County Jail at Bloomington, IL.

**WE COMMAND** that you produce the body of **Anthony L. Fletcher**, Register No. 130157823 , who is in your custody at McLean County Jail before the United States District Court on **Thursday, 4/5/07 at 10:00 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  March 8, 2007

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: ___s/R. Knox_____
        Deputy Clerk