Dear Clerk of U.S. District Court,

3-16-2007

E-FILED
Monday, 19 March, 2007 02:03:01 PM
Clerk, U.S. District Court, ILCD

FILED
MAR 19 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

My Name is Anthony J. Fletcher and I Filed A Class Action 42 USC Section 1983 Civil Rights Complaint in District Court Case # 07-CV-1051 that was filed on March 8, 2007. that is Currently Scheduled For A Merit Review Hearing on April 5, 2007 By Telephone Conference.

"However," I informed the Court and the Clerk that McLean County Jail Does Not Permit inmates to get Copies of Legal Work For Any Reason At Any time. And I did request From Your Office Copies of the Complaint 07-CV-1051 For Myself And to Serve On the Opposing Parties.

I Have recieved Notice of the Hearing on April 5, 2007, But I Have Not recieved Any Copy Of the Complaint At All, and I am Currently at a Disadvantage Because I

Have Not Been Provided with a Copy of the Complaint though I did Send A Self Addressed Stamped Envelope with the Complaint to Forward the requested Copies Back to Me.

And At this time I do not know If the Defendants Have Been Served For the Hearing at All.

Please Send Me a Copy of the Complaint, Fletcher ET Al v. McLean County Sheriff Dept ET Al Case # 07-CV-1051, and Please Inform Me If the Opposing Parties Have Been Served By the Court Clerk. And If Not Please Send Me 4 Copies of the Complaint to Serve the Opposing Parties.

Thank You

Arthur J. Fletcher