3-22-2007

**FILED**
MAR 23 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Friday, 23 March, 2007  11:36:30 AM
Clerk, U.S. District Court, ILCD

07-1051

Dear Clerk of Court

My Name is Anthony J. Fletcher And I am Writing You Concerning the Complaint filed Under 42 U.S.C. 1983 Concerning Anthony J. Fletcher V. McLean County Circuit Court Judge Ronald C. Dozier et Al. that was Mailed From McLean County Jail on 3-22-2007.

I am Requesting Copies of the Complaint From the Court For Myself and To Send All Defendants of the Complaint. Because McLean County Jail Does Not For Any reason Provide Inmates Copies of Legal Work at Any Time.

So, at the Appropriate Time Please Forward Me A Copy of My Complaint For Myself And For All Necessary Parties Related To Said Cause. Namely 7 Opposing Parties.

Thank You

Anthony J. Fletcher