Dear Clerk of Court

3-22-2007

E-FILED
Monday, 26 March, 2007 03:13:43 PM
Clerk, U.S. District Court, ILCD

FILED
MAR 26 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

These Requests Are Some Proof That McLean County Jail Does NOT provide Legal Copies of Documents Among other things.

I Forwarded You A request For Copies of 2 Complaints which Are:

1) Case # 07-CV-1051
ANTHONY L. FLETCHER ET Al. V. McLean County SHERIFF DEPT. ET Al.

2) ANTHONY L. FLETCHER ET Al. V. McLean County CIRCUIT COURT JUDGE RONALD C. DOZIER ET Al.
07-1072

I am just Send these As proof to What I have informed the Court Clerk About Concerning My Copy Situation.

Thank You

Anthony Fletcher

# Inmate Request Form

Inmate's Name __ANTHONY L. FLETCHER__   Cell # __A-Block #4__

Date of Request __8-13-2006__

Date/Time Received _____    Received By _____

I respectfully request interview with: (circle one)

(1)  Correctional Officer           (7)   Inmate Chaplain
(2)  Sergeant                       (8)   Program Director
(3)  Medical Services               (9)   Operations Supervisor
(4)  Property Officer /clerk        (10)  MCDF Superintendent
(5)  Center for Human Services      (11)  Sheriff
(6)  Inmate Services                (12)  Other __MELINDA FELNER__

Reason: __REQUEST FOR COPY SERVICE__

__I NEED SEVERAL LEGAL DOCUMENTS COPIED FOR ATTACHMENTS, EXHIBITS AND FOR FORWARDING TO OTHER GOVERNMENT AGENCYS.__

## Staff Response/Action

_We do not perform copy service_

_[signature] 08-15-06_

INADEQUATE LAW LIBRARY

## Inmate Request Form

Inmate's Name: ANTHONY L. FLETCHER    Cell #: D-BLOCK-#2

Date of Request: 7-4-2006

Date/Time Received: 9(00)    Received By: [signature]

I respectfully request interview with: (circle one)

(1) Correctional Officer
(2) Sergeant
(3) Medical Services
(4) Property Officer /clerk
(5) Center for Human Services
**(6) Inmate Services**
(7) Inmate Chaplain
(8) Program Director
(9) Operations Supervisor
(10) MCDF Superintendent
(11) Sheriff
(12) Other_____

Reason: REQUEST FOR A BLACKS LAW DICTIONARY FOR INMATE LAW LIBRARY.

I BELIEVE A LAW DICTIONARY IS A REQUIREMENT.

### Staff Response/Action

We are only required to provide Illinois Compiled Statutes. And we only have to purchase them once, we do not have to replace them. As for a Law Dictionary you are welcome to purchase your own through a publisher and have it sent to you. You can have someone from the outside assist you with this.

BP 7/6/06