Dear Judge Harold A. Baker
U.S. District Court

E-FILED
Friday, 30 March, 2007 03:51:10 PM
Clerk, U.S. District Court, ILCD

3-28-07

FILED

MAR 3 0 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

My Name is Anthony J. Fletcher And I am the Plaintiff in Case # 07-CV-1051 and 07-CV-1072.

I am Writing You in regard to My Situation Hear at McLean County Jail And My Being "Unable" to get Any Copies of Legal Documents For Any reason at Any Time at McLean County Jail.

I Previously Wrote the Clerk of District Court and Sent Documents in Support of My Situation.

I Currently Do "not" even Have the Funds For Return Legal envelopes and the McLean County Jail Does Not Provide Law Library or Legal Supplies.

I am at a Somewhat Disadvantage in regard to Copies of the abovesaid Complaints, Because I Do Not Have a Copy of the Complaints for My Self or to Forward to the Defendants in each respective Case. "My request" is that I Be granted a Copy of the Complaint and All exhibits and Attachments Filed in Both Case # 07-CV-1051 and 07-CV-1072 Before the Hearing Dates of 04-5-07 and 04-27-07.

And If the Court Has Not Forwarded the Defendants a Copy I Need Copies For All the Defendants in each respective Case.

However, Copie For Defendants Are Not Necessary at the point, My request is the ~~I Be Granted the requested Copies By~~ the Court. Petition to Proceed in Forma Pauperis is Granted in Both Causes.

Sincerely,

Anthony Fletcher