UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

ANTHONY L. FLETCHER,

PLAINTIFF,

VS.                                                   07-1051

SHERIFF OF McLEAN COUNTY, et al.,

DEFENDANTS.

MERIT REVIEW ORDER

This case is before the court by telephone conference for merit review.  The plaintiff, Anthony L. Fletcher, appeared pro se.

After discussion of the complaint with the plaintiff [See filed transcript of proceedings ] it is clear that he fails to state a federal constitutional violation.  His complaint is that the Inmate Orientation Handbook supplied to persons in custody in the McLean County Jail is misleading and inaccurate and a misstatement of Illinois law.  Assuming, without agreeing, that his assertions about the inaccuracies in the handbook are correct, those inaccuracies do not rise to the level of a federal constitutional violation.

This dismissal shall count as a strike against the plaintiff for failing to state a claim and the clerk shall record the strike in the court's strike log.

It is ordered that the case is dismissed on merit review for failure to state a claim.  The clerk shall make the necessary arrangements for collection of the filing fee from the plaintiff with the authorities of the Illinois Department of Corrections

Enter this   5th   day of April  2007.

**s\Harold A. Baker**
_____
Harold A. Baker
United States District Judge

E-FILED
Wednesday, 09 May, 2007  10:31:45 AM
Clerk, U.S. District Court, ILCD

**MCLEAN COUNTY DETENTION FACILITY**


**INMATE INFORMATION
AND
ORIENTATION HANDBOOK**


**DAVID OWENS, SHERIFF**


**THIS BOOK MUST BE RETURNED
TO MCDF UPON YOUR RELEASE**


**Revised May 2004**

**McLean County Detention Facility**
**Inmate Information and Orientation Handbook**

### I.    Introduction

The following is a list of rules, regulations and procedures that will be observed at all times by the Inmates of McLean County Detention Facility. These rules are intended to ensure:

1. Safe Custody
2. Decent Living Conditions
3. Fair Treatment
4. Prevention of Escape
5. Prevention of behavior which threatens a reasonable level of discipline and/or loss of Day for Day Good Time.

Our responsibility is your safe detention. **Your responsibility is to follow the Rules and Regulations of this facility and the directives of the Staff.**

The Staff expects that your behavior will be positive and rational during your stay. Positive behavior allows you privileges. Negative behavior will result in disciplinary actions and/or criminal charges. All Rules and Regulations are in accordance with the State of Illinois Uniform Code of Corrections, Section 10-03 and the Illinois County Jail Standards.

The information contained in this Handbook and provided through the Video Orientation will assist you during your stay.

You are expected to comply with our Rules and Regulations and Behavior Guidelines while you are in the Facility. In general we expect that you will:

1. Follow all rules and regulations.
2. Follow all Staff Directives and Requests.
3. Respect the Facility's property and the property of others.
4. Keep your assigned cell and common living area in a clean, orderly and in a sanitary fashion.
5. Maintain daily personal hygiene standards.

### II.    Admission Procedure

2

If bond has not been established or you cannot post bond, you will be admitted to the MCDF as an Inmate.

1. All jewelry and personal property will be removed, placed in an envelope with your name and stored until your release.
2. You will receive a receipt for your property. Keep your receipt.
3. All money will be removed, counted, recorded, and placed in your account for your used while in the MCDF.
4. You may be strip searched, required to shower and will receive MCDF clothing. Your clothing will also be searched and a description of the clothing will be placed on your property receipt. Your clothing will be stored until your release.

**The following items may be retained upon commitment:**

1. Legal materials, including arrest warrants and property receipts.
2. Prescription eyeglasses and/or contact lenses can be retained after approval.
3. Personal photographs may be retained after approval. **No Polaroid pictures will be allowed.**
4. You may keep the underwear you are wearing, only if white in color. Underwire bras will not be allowed. If you will be staying in the custody of the MCDF for an extended period, underwear may be purchased from Inmate Commissary.
5. Any other personal clothing items will not be allowed except for those approved for medical reasons.

### III.    Classification

After screening, if you are found appropriate for general population, you will be first assigned to an "Orientation Cellblock" where you will be classified within seven (7) days (excluding sentenced inmates.) Classification is used to determine your security level as well as which housing area of the Facility will meet your needs.

**Classification will be based upon, but not limited to the following factors:**

3

--Medical and Psychological Screenings
--Your ability to conform to the Facility Rules and       Regulations
--Your ability to get along with Staff and other inmates
--Available space

If an inmate has any questions concerning his/her classification status, he/she shall submit a Request Form to the Classification Officer or Inmate Counselor/Analyst.

## IV.    Housing

This facility provides single occupancy cells for all inmates unless otherwise dictated.  Your housing assignment will be determined by the Classification Process.  If space allows, you will remain in the Orientation Cellblock for no more than seven (7) days.  You will then be classified into one of the following housing units:

1.    Direct supervision
2.    Linear Supervision (General Population)
3.    Administrative  Segregation – Inmates are still given access to privileges, but movement is more closely monitored.

- Security – For inmates who are a security or possible escape risk or uncooperative.
- Protective Custody – For those inmates in need of separation from General Population.

4.    Disciplinary Segregation – Inmates may be confined to their cell 23 hours a day, with limited privileges, as a result of disciplinary action.

## V.    Cell Check List

Whenever you enter a housing pod, the Pod Officer will accompany you to your assigned cell and help you complete an "Individual Cell Condition Checklist."  It is your responsibility to make sure that you list any damage to the cell before signing the checklist, because you will be help responsible for any damage found later.

## VI.    Shaves

4

Inmates shall be afforded the opportunity to shave once a day at 0530 hours.   Inmates housed in Special Needs areas shall be afforded the opportunity to shave when they shower.  (Special Needs areas will be afforded at least three (3) shaves per week.

**VII.    Daily Schedule**

The following is an approximate schedule of the Facility's Daily Activity. All times may be subject to variation.

O530   Wake-up and shaves
O700   Medication
O730 Breakfast
O830   Clean-up of Cell and Pods, recreation begins
         G.E.D. begins,
O900   Court begins
1100   Medication
1130   Lunch (1200 on Monday, Wednesday, Friday)
1600   Medication
1730   Supper
2000   Medication
2330   Lock-up
         (Linear Supervision Section of MCDF)
OOOO   Lock-up
         (Direct Supervision and Female Open Unit Sections  of MCDF)

**VIII.   Standard Services**

A.     Health Services Department

      **1.     Staffing**

      a.     The Health Services Department is staffed by a Registered Nurse (RN) from 0630 until 2200, seven (7) days a week. Nurse sick call is scheduled routinely on at least a daily basis in the Health Services Department.

      b.     The MCDF Physician is available on-site for sick call three (3) times a week, generally on Mondays, Wednesdays, and Fridays.  The physician is on-call twenty-four (24) hours per day, seven (7) days a week for medical problems or emergencies.

5

c.  The MCDF Psychiatrist is available on-site one day a week, generally on Tuesdays, to evaluate any inmate who has been referred by a counselor from McLean County Center for Human Services.

d.  The MCDF Dentist is available on-site one day a week, generally on Thursdays, to evaluate and treat dental complaints.

e.  Mental Health Counselors from the McLean County Center for Human Services are available twenty-four (24) hours per weeks for consultation and evaluation.

## 2.  Request for Medical Care

a.  Any non-emergency medical problem or medical concerns should be reported to the health Services Staff by completing an Inmate Request Form."

b.  All "Inmate Request Forms" addressed to the Health Services Department should be given directly to the nurse during medication rounds.  Medication rounds are held four (4) times a day at 0700, 1100, 1600 and 2000 hours.

c.  Any inmate who requires a PRN (as needed) medication which needs to be requested one (1) hour prior to medication rounds or has a routine medical request may give the Inmate Request Form directly to Health Services Staff.  If you give the form directly to the Nurse it must be done at least one hour prior to the time you request the medication.  Cellblock and cell number must appear on the Request Form or you will not get medication.

d.  Health Services staff on duty will review the Inmate Request Form and begin necessary treatment, scheduling the inmate for Nurse sick-call for additional evaluation, or refer the inmate to the physician, dentist, or counselor if appropriate.

e.  Inmate Requests for medical treatment will be handled in order of medical importance, and health Services staff will

6

make the final determination of need for physician and/or dentist visits.

f.    Any medical situation, which requires immediate or emergency follow-up, should be brought to the attention of the correctional officer immediately.

### 3.    Medications

a.    The Inmate's personal physician or the MCDF Physician, Psychiatrist or Dentist will prescribe all medication given. Routine medication rounds will be made four (4) times a day at 0700, 1100,1600 and 2000 hours.

b.    Non-prescription medication, for example, Tylenol, may be administered through protocols which have been approved by the MCDF Physician.

c.    All requests for non-prescription over-the-counter medication, which is administered on an as needed basis, must be put in writing on an Inmate Request Form each time medication is needed.  The Cellblock and cell number section must be completed to receive medication or you will not receive it.  The Inmate Request Form must be addressed to the Health Services staff and received by the Health Services at least one (1) hour prior to medication rounds.

### 4.    Health Assessment Examinations

a.    All inmates will receive a Health Assessment examination or physical within 14 days after admission to the MCDF. The examination will include tests for TB and Syphilis.

b.    Refusal to submit to this examination may result in classification into Administrative Segregation or Isolation for the purpose of medical observation until the examination is completed or until the inmate is considered disease-free and suitable for General Population.

c.    Inmates who remain in custody for three (3) months will be offered a routine dental examination.

7

**B.**     **Mail**

1.  All inmates must use the following return address on all
    envelopes or the will not be mailed:
    104 W Front Street
    P.O. Box 2400 Room 200
    Bloomington, IL 61702-2400

2.  There is no limit on the amount of mail an inmate may
    receive.

3.  Embossed envelopes may be purchased through Inmate
    Commissary.

4.  There is no limit on the amount of mail an inmate may
    send, providing you can afford to purchase the embossed
    envelopes from Commissary.

5.  Inmates without funds will be provided with a maximum
    of two (2) postage paid envelopes and (4) sheets of paper
    per week.  In order to receive this, you  must order the
    Indigent Bag on Commissary each week.

6.  Privileged mail is any correspondence to or from an
    Attorney, Public Official or the Courts.

    a.  All outgoing privileged mail be sealed and will be
        forwarded without examination or censorship.
    b.  All incoming privileged mail will be opened and
        examined, but in the Inmate's presence.

7.  All outgoing non-privileged mail will remain unsealed.

8.  All incoming non-privileged mail will be opened and
    inspected for contraband, valuables and money.

9.  Outgoing mail will be collected at 0900 hours Monday-
    Friday, except on holidays, by the Correctional Officers.
    Only mail in issued envelopes or those purchased in
    commissary will be mailed from the jail.

10. Inmates will receive mail Monday-Friday, except on
    Holidays.

11.   Money orders will be accepted through the mail to be used for Commissary purchases.

12.   If you plan on corresponding with an Inmate of another Correctional Facility, Permission to write that person must be granted by both the MCDF Superintendent and the Administrator of the other Facility.  In order to obtain this permission you must fill out a Correspondence Request Form. Once form is filled out, it must be submitted to the MCDF Operations Supervisor.

## C.   Telephone

Inmates living in Cellblocks or Pods equipped with a telephone may use the telephone on a collect-call basis pursuant to the telephone schedule.  Inmates living in areas not equipped with a telephone will be given the opportunity to make one collect phone call per week.  **All phone calls made on the jail phones are monitored and recorded.** No non-collect phone calls will be given except in the event of extreme emergencies.  Inmates will not be able to receive phone calls.  NO MESSAGES WILL BE TAKEN FOR AN INMATE.

The Phone system recognizes any collect-call block placed by any telephone company.  This means that if someone has a block on their telephone that does not allow it to accept any collect calls, when the inmate dials that number, it will not go through.  It is the responsibility of the person who has the collect-call block to remove the collect-call block if they wish to do so, the company can be reached by calling 1 (800) 844-6591.  It is NOT the responsibility of the MCDF to remove collect-call blocks.

## D.   Money

1.   No Cash transactions between inmates will take place in the MCDF.

2.   All money is recorded and deductions are made from the Inmate's account for Commissary purchases, etc.

3.   Money be credited to the Inmate's account by the following:

9

     a.    Cash
     b.    Money Order
     c.    Certified Check
     d.    Cashier's Check

Money orders, Certified or Cashier's Checks shall be made payable to the Inmate.
NO personal checks will be accepted. A receipt will be provided for all funds deposited.

4. Money for Commissary purchases will be accepted, in person, at the Booking window on Saturdays ONLY.

5. Funds will usually be returned to released Inmates by check. Checks are issued Monday-Friday 8:30 a.m. to 4:30 p.m., except on Holidays. Checks can be mailed to Inmates who reside outside of McLean County. Funds will be mailed at the expense of the Inmate. Forms must be completed at Release in order to do this.

## E. Commissary

There is a Commissary service available in the MCDF where some items not furnished by the MCDF may be purchased.

1. Each Inmate will receive Commissary once per week.

2. Commissary lists will be posted in each block with prices of items available. Commissary order forms will be passed out for inmates to write out their Commissary orders. Inmates must include their Master ID# on the order. This is located on your wristband. The form must be completed correctly in order for you to receive your items.

3. Commissary orders will be delivered within 24 hours after the orders are picked up.

4. Inmates without funds will be provided with limited amounts of hygiene items, writing materials and envelopes. You must complete an order form and request an Indigent bag.

10

5.    There will be NO late commissary.  There are no exceptions.

**F.    Laundry**

Clean MCDF clothing, towels and linens will be provided twice a week. Deck shoes.  Shower sandals and blankets will be changed as necessary.

**G.    Recreation**

Inmates will be allowed in an exercise area for one (1) hour each day unless the Sheriff or MCDF Superintendent or MCDF Physician determines that participation in such activity by a particular inmate or inmate group is harmful or dangerous to the health, security and/or safety of the Facility and/or individual.  This area may include the dayroom of their living area.

Outdoor recreation will not be conducted when the temperature is below 62 or above 85 degrees or the humidity is above 80%.

**H.    Library/Law Library**

Library services shall be made available to all Inmates at least once per week.  Library materials shall include informational, recreational and educational resources.  Any reading material defined by the Administration as pornographic, or reading material which might pose an imminent threat to MCDF security will not be allowed in the MCDF.

Inmates requiring use of legal materials may request access to the Law Library by sending an Inmate Request Form to the Watch Commander. No materials may be removed from the Law Library.  Anyone damaging any law materials will be disciplined and/or prosecuted.  The materials are to be used in the area designated on the two tables.  The desk that is outlined in tape is off limits to all inmates.  Anyone using the Law Library must leave it in the same condition or better than the way it was when they entered it.

Anyone removing materials from the Law Library will be disciplined and may be restricted from its use.  Anyone damaging the Law Library in any way also may be restricted as well as disciplined and/or prosecuted.

**I.    Visiting**

11

1. **Visiting hours are as follows:**

    (Inmates housed in the Old Section of the MCDF will be allowed (2) two 15-minute visits per week/1 visit per visiting day.

    Linear supervision area of the Detention Facility

    Female Adults:          Male Adults

    WED 1800-1900      WED 1900-2100
    SAT   0800-0900             SAT   0900-1130

    Direct Supervision/Female Open Unit areas of the Detention Facility.  **These Inmates will be allowed (3) three (30) thirty minute visits per week.**  Inmates housed in these sections of the Facility will be afforded visiting privileges at the following times:

    M, T, TH, F & Sunday   0800-2000
    WED  0800-1730   SAT   1200-2000

    Visiting WILL NOT be conducted between the following hours (7) seven days a week:

    1100-1200, 1400-1500 and 1700-1800.

    Those Inmates will be allowed (3) three thirty minute visits per week.

IX.  **Food Services/County Park Worker Status**

A.  **Food Service/County Park Workers**

A Food Service worker is an inmate who performs work within or around the Facility in return for certain prescribed privileges.  Food Service workers are not allowed to run errands or perform favors for Inmates within the MCDF.  Jobs available are Food Services, Laundry and (seasonal) County Park Workers.  Inmates chosen to fill these positions must perform their jobs in a satisfactory manner.  If they do not they can be charged with a Major Rule violation. If convicted Good Time may be taken as a result of the penalty imposed.

12

To be eligible for Food Service/County Park Worker status an Inmate must:

1.  Have been convicted of a charge before a Court of law. Inmates on Department of Corrections holds are not eligible.
2.  Be serving a County Sentence.
3.  Have no pending charges.
4.  Submit an Inmate Worker Application to the Inmate Services Bureau.  The Inmate Services Bureau and the health Services Department will review all requests for Food Service/County Park Worker Status and will obtain comments on the request from MCDF Staff members. The Inmate Services Bureau will make the final decision as to who gains the Food Service/County Park Worker Status.
5.  No sentenced periodic Inmate will be allowed to work in Food Services, except when authorized by the MCDF Superintendent.

**B.    Inmate Workers**

An Inmate worker is an Inmate who performs limited tasks or assignments within the MCDF for limited additional privileges.

Inmate Worker positions available are, but are not limited to: Librarian (s), Law Librarian, Hall Workers, Pod Workers.

1.  Any Inmate in the MCDF is eligible for Inmate Worker.

2.  Inmates interested in being an Inmate worker must submit an Inmate Worker Application to the Watch Commander.  The Watch Commander will review all requests for Inmate worker assignment and will obtain comments from MCDF Staff members.  The Inmate Services Bureau and/or Watch Commander will make the final decision as to who is assigned to an Inmate worker position.

3.  Visiting privileges for Inmate workers will be in accordance with their housing area.  These are as follows:

- Linear Section Housing:  Wed & Sun 2000-2230

13

- Direct Supervision Housing:  Three (3) extra 30 minute visits per week.

## X.    Programs

The following programs are offered for Inmate    participation:

1.  G.E.D. offers an opportunity to earn a high school diploma.  Hel weekdays.

2.  Alcoholics Anonymous (A.A.) and Cocaine Anonymous (C.A.)  ar offered for Inmates who wish to curtail alcohol or substance abuse.

3.  Bible Study is available each week.

4.  Sunday Worship Services are available under the direction of the Inmate Chaplain each Sunday with different denominations rotating on a weekly basis.

5.  Counseling services are available Monday-Friday from a counselo from the Center for Human Services to counsel those Inmates referred by the Inmate Services Bureau.

6.  Literacy tutoring for those not appropriate for G.E.D. but wishing to learn basic skills.

7.  Commitment to Change:  This program helps Inmates evaluate their Errors in thinking  and why they continue to return to crime. It teaches them how to build a positive support group to assist them in making changes in their lives and to help them upon thei release.

8.  Storybook Program:  This program provides an opportunity for Inmates to communicate with their children while incarcerated. Inmates are allowed to pick out a storybook and read the book on cassette tape to their child.  The book and the tape are then mailed to the child.  There is no cost to Inmates to participate. This program is announced by posting notices.

9.  Recovery Support Group:  This program is open to any inmate with any type of addiction .  Discussions are done on how to help

14

yourself and where to find help within the community upon release.

10. Life-Skill help maintain or develop skills necessary for entering the work force. Provides a variety of useful informational tools for daily living. Send a request to the Jail Chaplain to be considered for Bible Study and Sunday Worship Services. For any other program, send a Request Form to the Program Director of the MCDF.

11. Clean-up Contest is a weekly contest between cellblocks in the Linear area of the Facility with extra privileges awarded to the winning cellblock.

12. Televisions and Radios are given to the cellblocks in the Linear area of the Facility at the discretion of the Administration or Watch commander. Any cellblock that violates MCDF rules or fails to maintain a clean cellblock will risk losing the privileges of using a TV and Radio.

## XI.   Smoking Policy

The MCDF is a smoke-free Facility. Inmates will not be allowed to possess any smoking materials, lighters, matches or smokeless tobacco while in MCDF custody. All smoking materials will be confiscated upon arrival to the MCDF and will be returned to you upon your release.

Inmates who are on Work Release or are Weekenders will not be permitted to bring any smoking materials into the MCDF. Those Work Release /Weekenders Inmates who do bring smoking materials into the MCDF will have them disposed of upon entry to the MCDF and are subject to disciplinary action.

Cigarettes and/or smoking materials WILL NOT be accepted by MCDF staff member prior to an Inmate's transport to the Department of Corrections or any other facility.

## XII.   Inmate Request Forms

Inmates will be allowed to send Request Forms to the staff of the McLean County Detention Facility. These Forms will be addressed to the Staff member designated to handle the request.

A.   Inmate Services Bureau will handle the following issues:

-Day for Day Good Time - Out Dates
-Classification Review
-Personal Problems
-Food Service/County Park Worker Applications

** Inmate Services WILL NOT address any issues dealing with legal matters. These should be referred to your attorney. Requests for attorneys should be sent via U.S. Mail.

B.   Program Director will handle the following issues:
-Commissary
-Programs (Religious Programs will be referred to the Inmate Chaplain)

C.   Health Services staff will handle the following issues:
-All Medical Needs

D.   Watch Commanders will handle the following issues:

-Concerns about day to day operations of the Facility
-Personal Property Requests
-Bond Information
-Maintenance Problems

E.   MCDF Operations Supervisors will handle the following issues:

-Discipline Reviews
-All appeals shall be made within 24 hours of the disciplinary hearing.

If an Inmate is not satisfied with the response to their Request Form (with the exceptions of Medical Request Forms), they may appeal to the following people in the following order:

-MCDF Operations Supervisor
-MCDF Superintendent
-Sheriff

If an Inmate is not satisfied with the response to their Medical Request Form, they may appeal to the following people in the following order:

16

-Director of MCDF Health Services
-MCDF Physician
-McLean County Administrator
-McLean County Board of Directors

Inmates will be provided with a written response to their appeal within five (5) days of receipt.

## XIII.  Court

Only those Inmates requested by the Judge will be taken to court. Those Inmates going to jury trial or appearing as a witness may be dressed in street clothes if the Inmate wishes to do so, unless the Judge specifies otherwise. Clothes for court will be accepted by the MCDF and placed in the Inmate's property. Clothes needed for court, will not be accepted more than seven (7) days prior to a court appearance.

## XIV.  Bond

Bond money can be posted 24 hours by cash/traveler's check, cashiers check, money orders at the time of release.

** A $20.00 bond fee will be assessed for each bond form completed.

## XV.  Rule Violations

Rules are established to provide order and discipline within the Facility. Residents who choose to disregard or disobey these rules or regulations may be subject to discipline.

**Major Rule Violations**

1.  The taking of any hostage(s)
2.  Making harassing, abusive, obscene, annoying, or threatening phone calls.
3.  Any assault or battery.
4.  Any theft, robbery or possession of stolen property.
5.  Arson or any type of fire.
6.  Forgery
7.  Damage or destruction of MCDF property.

17

8.  Possessing, manufacturing, introducing, causing to be introduced or using any drug or drug paraphernalia not authorized by the Health Services Staff.
9.  Causing or being involved in a disturbance, riot or work strike.
10. Gambling
11. Interference with MCDF personnel in the performance of their duties.
12. Escape, attempted escape or aiding an escape.
13. Obstructing, tampering with or jamming cell bars, doors, locks o windows.
14. Refusal to cooperate with a shakedown.
15. Threatening, intimidating, extortion or blackmailing for protectio or any other reason, of any employee, inmate or other persons while incarcerated in the McLean County Detention Facility.
16. Upon being found guilty of a third and all subsequent Minor rule and/or General Pd Rule violations and/or Female Open Unit Rule violations, Inmates will be charged with habitual Minor Misconduct.
17. Possession of Major Contraband:  Major Contraband is defined a any item intended for use as a weapon, for use in an escape attempt, any caustic substance, or any intoxicant.
18. Failure to take a prescribed medication in the presence of authorized personnel, or attempting to hide or save medication except where medical instructions provide otherwise.
19. Any misuse or abuse of electrical outlets/appliances, cable outle or security devices.
20. Sale or distribution of drugs.
21. Bribery or attempted bribery, soliciting or attempting or attempting to solicit a staff member.
22. Altering or tampering with any Commissary Slip.
23. Stoppage or placement of foreign matter into toilets or sinks.
24. Tampering with or setting off any smoke detector, fire alarm, fir sprinkler system or panic button.
25. Engagement in any sexual activity.
26. Indecent exposure.
27. Being in an unauthorized area.
28. Failure to cooperate with a Facility count.
29. Failure of sentenced Inmates to perform assigned duties or perform such duties in an unsatisfactory manner.
30. Gang activity: Displaying any recognized gang signs (including verbal expressions), wearing or using gang insignia or participating in gang recruitment.
31. Smoking or possession of any smoking materials.

18

32.     Possession or damage of Law Library Materials.

Major misconduct violations may result in the following disciplinary actions:

1.     Loss of Good Time
2.     Transfer to Disciplinary Segregation for up to fourteen (14) days.
3.     In-cell confinement for up to fourteen (14) days.
4.     Loss of program privileges for up to fourteen (14) days or permanent removal.
5.     Restriction of recreation for up to fourteen (14) days i.e. recreation limited to a dayroom.
6.     Loss or restriction of privileges may occur for up to fourteen (14) days as the violation relates to the privilege.
7.     The filing of additional criminal charges subject to prosecution.

## Pre-Hearing Rules, Major Violations

A.     Someone other than the reporting officer shall conduct an investigation into the facts of the alleged misconduct to determine if a violation occurred and if there is probable cause to believe the alleged offender committed the violation.  If probable cause exists, a hearing date shall be set no later than 48 hours after the occurrence of the alleged misconduct, but no sooner than 24 hours after the alleged incident.

B.     The accused, if he/she wishes, may request assistance from a member of the MCDF staff, another detainee, or other authorized person to prepare for the hearing.

C.     No penalty shall be imposed until after the hearing except that the accused may be segregated from the rest of the population or transferred to a different cell, and privileges suspended if necessary for the safety and security of the MCDF.

## Hearing Rules, Major Violations

A.     The hearing shall be held within 48 hours after the charges are made.
B.     The hearing shall be before an impartial committee which may include a public member or officer.
C.     The accused shall be allowed to present evidence or witnesses on his/her behalf.

19

D.   When the accused is illiterate, the issues are complicated, and it is unlikely the offender will be able to collect and present necessary evidence, the aid of a fellow detainee or member of the staff shall be made available to him/her.

E.   The hearing committee shall render the decision in writing setting forth the findings, conclusion(s) and any penalty imposed.

F.   If the decision finds the offender did not commit the alleged violation, all reference to the charges shall be removed from his/her file.

## Minor Rule Violations

An Inmate is guilty of minor misconduct if they fail to comply with the following rules:

1.   Failure to maintain personal hygiene (at least 2 showers a week)
2.   Making profane or obscene remarks or gestures toward other Inmates, staff members, volunteers or visitors.
3.   Tattooing or possession of tattooing materials.
4.   Communicating between separated areas, with persons inside or outside the MCDF whether by voice, signal or unauthorized written message.
5.   Talking to other inmates while being escorted.
6.   Horseplay
7.   Possession of Minor Contraband – any item that is not issued, or authorized for inmate use or any issued, sold or authorized item, which has been broken or altered.
8.   Violation of telephone or mail policies.
9.   Disobeying any reasonable order given by a staff member.
10.  Changing cells without authorization
11.  Entering another inmate's cell
12.  Attaching to or writing anything on MCDF walls or furnishings.
13.  Placing anything over cell windows, doors, lights or vents.
14.  Failure to maintain assigned and/or dayroom in clean and orderly manner.  Cells and dayrooms will be cleaned on a daily basis.
15.  Inmates in the Pods and Linear Recreation Room will not be authorized to control the TV or VCR.
16.  Possession of food in your room other than Commissary.
17.  Possession of newspapers older than 2 days.
18.  Transfer of any assigned items to another inmate.
19.  Creating excessive or unnecessary noise.
20.  Attempting to control or supervise other inmates or assigning work to them.

21.  Throwing food, trays or other items.
22.  Failure to stack food trays.
23.  Possession of linen, uniforms an/or bedding in excess or the following:  Two (2) blankets, two (2) sheets, one (1) pillowcase, one (1) towel one (1) wash cloth, one (1) uniform, one (1) mattress and one (1) pillow.
24.  Use of kangaroo courts, sanitary courts and all other inmate organizations.
25.  Standing on dayroom tables, bars, cell doors.
26.  Buying selling, trading, possessing or transferring/ receiving property or funds from another inmate.
27.  Wearing anything on the head or in the hair outside of assigned cell and/or housing.
28.  Failure to wear uniforms correctly when out of assigned cell and/or housing.  Collars will not be rolled under, pant legs will not be tucked in socks or gathered at the ankles or knees.  Pant legs may be rolled at the bottom only if too long for the individual.  Pant legs will be even in length.
29.  Possession on foodstuffs outside of assigned housing.
30.  Failure to walk on inside wall of the hallway while being escorted.
31.  Sharing of phone calls.
32.  The removal, damaging or altering of any MCDF Identification Bracelet.
33.  Work Release/Weekender inmates who report to the MCDF under the influence of alcohol and/or drugs.
34.  Failure to pay Room and Board.  Those periodic sentenced Inmates who are on probation or Conditional Discharge.

**General Pod Rules Violations**

1.  Failure to make bed prior to 0730 hours.  Beds will remain made until 1800 hours (6:00pm.)
2.  Failure to wear complete uniform in the dayroom.  Exception to this would be when using the weight equipment or participating in outdoor recreation.
3.  Failure to wear uniform top properly.  Uniform top will not be tucked into uniform pants.
4.  Failure to wear uniform pants correctly.  Uniform pants will be kept at the waist, not on or below the hips.  Uniform pants will not be tucked into your socks.  Pant legs will not be wrapped at the ankles.  Pant legs may be rolled up at the bottom if too long for the individual.  Pant legs will be even in length.
5.  Leaning on the railings.

6.  Sitting on the stairs.
7.  Leaning back on chairs.
8.  Entering outdoor recreation without the approval of the Pod Officer.
9.  Crossing over the line  or removing anything from the Pod Officer's work station.

**Female Open Unit Rule Violations**

1.  Failure to make bed prior to 0730 hours.  Beds will remain m until 1800 hours (6:00pm)
2.  Failure to wear complete uniform in the dayroom.
3.  Failure to wear uniform top properly.  Uniform top will not be tucked into uniform pants.
4.  Failure to wear uniform pants correctly.  Uniform pants will be kept at the waist, not on or below the hips.  Uniform pants w be tucked into your socks.  Pant legs will not be wrapped at t ankles.  Pant legs may be rolled up at the bottom if too long f the individual.  Pant legs will be even in length.
5.  Leaning back on chairs.
6.  Blocking any Fire Exit.
7.  Failure to address the Pod Officer in the proper manner of title and last name (Officer Smith or Sergeant Jones)
8.  Failure to fold extra linen and place at the end of the bed.
9.  Failure to stand single file behind Gate 3 when waiting to rece medication, commissary, etc.
10. Possession of any food or beverage in the MPR Room.

**Minor Misconduct may result in the following disciplinary actio**

1.  Your removal from the pod or cell and placement into Disciplina Segregation for up to 72 hours.
2.  In-cell confinement for up to 72 hours.
3.  Loss of program privileges for up to 72 hours or permanent removal.
4.  Restriction of recreation for up to 72 hours, i.e. recreation limite to a dayroom.
5.  Verbal reprimand.
6.  Loss or restriction of privileges may occur for up to 72 hours as the violations relates to the privilege.

22

### Hearing Rules, Minor Violations

1. An impartial disciplinary officer shall impose penalty after informing the offender of the nature of the rule violation and giving the inmate the change to explain or deny it.
2. The inmate shall be provided with a written statement describing the rule violation and the disciplinary action taken.

## XVI.   Appeal Procedure for Major and Minor Violations

The inmate will be allowed to appeal the disciplinary action taken by the Disciplinary Officer or the hearing committee to the Operations Supervisor, MCDF Superintendent or Sheriff.  This appeal shall be submitted on an Inmate Request Form within 23 hours of the disciplinary hearing.  The inmate will be notified of the appeal decision within five (5) days.

## XVII.   Transfer to the Department of Corrections

1. No unauthorized personal clothing will be allowed to be taken.
2. No commissary items except 12 embossed envelopes.
3. Prescription medications and eyeglasses are allowed.
4. Pictures with no frames, backing and not in plastic (not to exceed 24).
5. Legal materials are allowed pertaining to individual's case.
6. One (1) Bible or Koran
7. Cash, money orders, cashiers checks and travelers checks are allowed.
8. One (1) inexpensive wristwatch ($50 or less) with a plain leather or plastic band.
9. One (1) religious medal.
10. Any personal property left at the MCDF after your transfer must be picked up within seven (7) days of your departure.  Failure to do so will result in the disposal of such property after seven (7) days.

## XVIII. Sentenced Inmates

Any person sentenced to serve time in the McLean County Detention Facility who fails to report to the McLean County Detention Facility at the court ordered time is subject to being charged with escape per Illinois Compiled Statutes Chapter 720, Act 5, Section 31-6.

**ATTENTION SENTENCED INMATES**: If you are serving a county ja
sentence as a condition of your probation, you must report immediate
upon your release form the MCDF to you probation officer.  Office ho
for probation are Monday through Friday 0830 to 1630 hours in room

### Work Release Inmates

Inmates on work release or day release who fail to return to the MCD
the court ordered time may be charged with escape per Illinois Comp
statutes Chapter 720, Act 5, Section 31-6.

**ATTENTION PERIODIC SENTENCED INMATES:  YOU MAY BE
REQUIRED BY MCLEAN COUNTY ORDINANCE TO PAY, PER D/
FOR ROOM AND BOARD.**

You must pay $20.00 per day or $140.00 for each full 7 days in custo
A receipt will be given to you each time you pay your weekly sum.  A
ledger will be kept on each individual that is required to pay this sum

Pursuant to McLean County Ordinance, the defendant is ordered to p
the sum of $20.00 per day, for the cost of board for each date that h
in custody while serving his periodic imprisonment.  Payment shall be
made weekly.  Upon failure of the defendant to make payment as or
his periodic imprisonment shall be revoked and he shall be held in jai
the balance of his imprisonment.  Mittimus is held for said imprisonm

Anyone who violates the order of their periodic imprisonment is subje
having their periodic imprisonment revoked.  Any and all violations w
reported to the Judge and States Attorney for prosecution.

### Case Information Notice

**Appointment of Attorney:**

The Public Defender appointed to represent you may not be able to
consult with you until shortly after your arraignment.  However, at th
time of you initial court appearance, you will be told if you have beer
appointed a Pubic Defender.  If you bond out, it is **YOUR
RESPONSIBILITY** to make an appointment with your assigned Put
Defender as soon as possible after your initial court appearance.  Yo
failure to do so will seriously hamper your Public Defender from
adequately representing you.

24

**If you are in custody and cannot make bond**

You should contact your assigned Public Defender, **by mail**, with all requests for bond reductions or other information.  Be sure to completely fill out the Client Questionnaire, which will be given to you by the Public Defender's Office at your initial court appearance.

If you have information on your case that should be known by your Public Defender, such as names and addresses of witnesses; or facts which would indicate a defense, contact your Public Defender **by mail** concerning this matter.  It is NOT the responsibility of Inmate Services to make legal contacts for you.

Your Public Defender has many cases to handle, so please be patient if you do not see your Public Defender right away.  Each Felony Public Defender is very experienced and will handle your case well.  Unfortunately, he/she cannot always discuss your case as soon as you may like.  Collect phone calls will usually not be accepted.

**Screening:**

At your first court appearance, you will have a public defender appointed if you cannot afford to hire an attorney.  If you want a public defender to represent you throughout your case, you must have an appointment with the Screener.  If you remain in custody, the Screener will visit you in jail.  If you are able to post bond, you should call the screener at the number given to you at your custody hearing.  **Your failure to see the screener will mean you will not have a Public Defender**.

**Change of Judge:**

If you want a change of Judge, you must tell the Assistant Public Defender who is handling your arraignment of your wish at that time.  Once your case has been assigned to the trial Judge at the Arraignment, you have only 10 days to file a Request for Change of Judge.  You should also write the Public Defender's Office in the Law and Justice Center, 6th floor, to advise that you want a change of Judge.  Once the 10 days have elapsed, a change of Judge will be virtually impossible.

**If you are out on bond**

25

You should call the Public Defender's Office right **after** your initia
appearance to set an appointment to discuss your case. Bring to
interview all papers or documents that bear on your case. Always
the Circuit Clerk, General Division, and your Public Defender advis
your current address and telephone number.

**Any offenses that you commit while on bond will result in
time.** You must be on your best behavior while on bond. This inc
no alcohol or drugs. If you have an alcohol or drug problem, infor
Public Defender immediately and make prompt arrangements to b
treatment. Judges do not want to hear about what you plan to do
Judges want to see that you are already doing something about yo
condition.

### Cost of Public Defender Services:

Under State Law, you will have to reimburse McLean County for Pu
Defender Services. Currently, these costs are assessed at $200.00,
$100.00 for misdemeanors and traffic offenses. You will receive a C
Order to pay this.

### Bond Requirements:

**If you post bond, you cannot leave the State of Illinois for an
reason unless you have obtained prior Court approval. Call y
Public Defender to get a court hearing set before you try to l
the State.**

**Failure to appear for any Court hearings may result in your b
money being forfeited to the Court and a warrant may be issu
for you arrest. If you cannot appear in court, you must notify
your Public Defender at least two weeks in advance, and requ
a continuance.**

26