# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**ANTHONY FLETCHER,**
**Plaintiff,**

vs.                                         Case Number:  **07-1051**

**SHERIFF OF MCLEAN COUNTY, ET AL.,**
**Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that case is dismissed on merit review for failure to state a claim.

ENTER this 5th day of April 2007.

s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK

s/K. Wynn
BY:  DEPUTY CLERK