E-FILED
Tuesday, 10 April, 2007 04:26:01 PM
Clerk, U.S. District Court, ILCD

FILED
APR 10 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To: Chief Judge
United States District Court
Peoria

4-9-2007

My Name is Anthony J. Fletcher and I am the Plaintiff in Case # 07-CV-1051 which was filed in U.S. District Court Peoria, But was For some reason Changed in Venue to the Urbana Division without proper or timely Notice to the Plaintiff, and Although My Petition to Sue/Defend in Forma Pauperis was Granted in said Cause and Despite My "repeated" request to the U.S. District Court Clerk and "Direct" request to Judge Harold A. Baker For A indigent Copy of My Complaint to prepair For the Merit Review Hearing On 4-5-2007, I was Unconstitutionally Denied any such Copy By the Court and was Completely Prejudiced By the Court and Not given a Fair Merit Review Hearing in Violation Of Due process of Law.

As A result of the Aforesaid Circumstance I Have Motioned to Arrest Judgement in Case # 07-CV-1051, and Have a Change of Venue To Have My Merit Review Conducted in the Central Division of Peoria Which Was the Original Place that I Filed My Complaint Pursuant to 28 USC Section 1391.

And Peoria Division Was "Choosen" By the Plaintiff "Because" McLean County is Covered By the Peoria Division of U.S. District Court, and Because of Rumors that there Would Be Prejudice to the Case in Champaign. ("Not that Prejudice to the Case Would Occure elsewhere")

Nevertheless, "Peoria Division" Was the Proper Choice For McLean County, and I Was Never Giving Proper Notice By the Court that My Case the Assigned to the Urbana Division Because All Correspondence in Said Cause Came From Peoria Division Until the Judgement of "Merit Review" Where Came From the Urbana Division.

My Case # 07-CV-1051 has Been Prejudiced By this Court And the Urbana Division As A Result of the Aforesaid Actions.

Thank You