To: U.S. District Court Judge
Harold A. Baker
Urbana Division

FILED
APR 10 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA

E-FILED
Thursday, 12 April, 2007 03:27:16 PM
Clerk, U.S. District Court, ILCD

4-8-2007

This is Anthony J. Fletcher, I am the plaintiff in Case # 07-CV-1051, which is the case you dismissed "After" you stated over the phone that you would send me A Case Management Notice in the Mail.

"Nevertheless," I am writing you "Requesting A Indigent Copy" of Case# 07-CV-1051, 07-CV-1072 and A Indigent Copy of the Merit Review Hearing Transcript of the Hearing Conducted On April 5, 2007 at 10:00 A.M. By telephone Conference at McLean County Jail.

I was without A Copy of My Complaint At the Said Hearing And was not given a Rightful Copy By the Courts Or By McLean County Jail and was at a Complete Disadvantage As A Result.

Please foreward Me a Copy of My Complaint and the Transcript of the Above Said Hearing.

Thank You
Anthony Fletcher