E-FILED
Thursday, 12 April, 2007 03:28:56 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

ANTHONY L. FLETCHER ET AL
      PLAINTIFF,

           v.                              CASE: 07-CV-1051

McLEAN COUNTY SHERIFF'S DEPT., ET AL
      DEFENDANT.

FILED
APR 10 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

MOTION IN ~~ARREST~~ OF JUDGMENT FOR LACK OF DIVISION JURISDICTION, AND FOR DENIEL OF MEANINGFUL ACCESS TO THE COURT

NOW COMES, plaintiff ANTHONY L. FLETCHER PRO SE PURSUANT TO 28 U.S.C. SECTION 1391 AND MOVE THIS HONORABLE COURT TO VACATE THE JUDGEMENT ENTERED ON APRIL 5, 2007 IN THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION ON THE FINDING OF FAILURE TO STATE A CLAIM IN CONNECTION WITH UNITED STATES DISTRICT COURT CASE NUMBER 07-CV-1051, AND GRANT HIM A NEW MERIT REVIEW HEARING IN SAID CAUSE, AND SUPPORT THEREOF, THE PLAINTIFF STATES AS FOLLOWINGS:

**COUNT I**

1) THAT PLAINTIFF IS CURRENTLY INCARCERATED AT McLEAN COUNTY DETENTION FACILITY BLOOMINGTON, IL.

2) THAT ON OR ABOUT MARCH 6, 2007 PLAINTIFF DID FOREWARD A CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. SECTION 1983 TO UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION PURSUANT TO 28 U.S.C. SECTION 1391 WHICH DIVISION JURISDICTION COVERS THE FOLLOWING COUNTIES:

1) BUREAU       4) KNOX        7) "McLEAN"      10) PUTNAM     13) WOODFORD
2) FULTON       5) LIVINGTON   8) McDONOUGH     11) STARK
3) HANCOCK      6) MARSHALL    9) PEORIA        12) TAZEWELL

3) THAT SAID CIVIL RIGHTS COMPLAINT WAS FILED FOR CIVIL RIGHTS VIOLATIONS WHICH OCCURED AT THE McLEAN COUNTY DETENTION FACILITY LOCATED IN McLEAN COUNTY ILLINOIS.

4) THAT McLEAN COUNTY ILLINOIS IS GOVERNED BY THE U.S. DISTRICT COURT, PEORIA DIVISION, OF CENTRAL ILLINOIS.

5) THAT ON THURSDAY MARCH 8, 2007 SAID CIVIL RIGHTS CLAIM WAS SET FOR MERIT REVIEW HEARING BEFORE JUDGE HAROLD A. BAKER IN U.S. DISTRICT COURT, <u>URBANA DIVISION</u>, CENTRAL DISTRICT OF ILLINOIS WHICH DIVISION JURISDICTION COVERS THE FOLLOWING COUNTIES:

1) <u>CHAMPAIGN</u>,   4) EDGAR      7) KANKAKEE    10) PIATT
2) COLES,        5) FORD       8) MACON       12) VERMILION
3) DOUGLAS,      6) IROQUOIS   9) MOULTRIE

6) THAT SAID MERIT REVIEW HEARING WAS SET FOR APRIL 5, 2007.

7) THAT ON 4-5-2007 A MERIT REVIEW HEARING WAS CONDUCTED IN UNITED STATES DISTRICT COURT, <u>URBANA DIVISION</u> IN CASE # 07-CV-1051

8) THAT ON 4-5-2007 JUDGE HAROLD A. BAKER, U.S. DISTRICT COURT <u>URBANA DIVISION</u> DID ENTER JUDGMENT AGAINST THE PLAINTIFF IN SAID CAUSE FOR FAILURE TO STATE A CLAIM, DISMISSING SAID CLAIM.

•<u>FAILURE BY THE COURT TO GIVE PROPER NOTICE</u>•

9) THAT PLAINTIFF WAS AT <u>NO TIME GIVEN "PROPER NOTICE" BY THE COURT THAT SAID CIVIL RIGHTS COMPLAINT WAS TRANSFERED OUT OF THE PEORIA DIVISION OF U.S. DISTRICT COURT</u>, COVERING MCLEAN COUNTY ILLINOIS, AND TRANSFERED TO THE URBANA DIVISION OF U.S. DISTRICT COURT WHICH DOES "<u>NOT</u>" COVER MCLEAN COUNTY ILLINOIS, AND NO CHANGE OF VENUE WAS FILED BY THE PLAINTIFF AT ANY TIME.
-VIOLATION- U.S. CONST. 5TH, 14TH AMEND.

•<u>DENIEL OF MEANINGFUL ACCESS TO THE COURTS</u>•     <u>COUNT II</u>

10) THAT AFTER REPEATED WRITTEN REQUEST, THE COURT DID FAIL TO PROVIDE THE PLAINTIFF WITH A INDIGENT COPY OF SAID CIVIL RIGHTS COMPLAINT WHEN NO COPIES OR COPY SERVICE WAS PROVIDED TO PLAINTIFF AT MCLEAN COUNTY JAIL, AND WHILE PLAINTIFF'S PETITION TO PROCEED IN FORMA PAUPERIS WAS GRANTED IN SAID CAUSE, WHICH DID INFACT PREJUDICE THE PLAINTIFF AND DID DENY PLAINTIFF'S UNITED STATES CONSTITUTION RIGHT TO <u>MEANING ACCESS TO THE COURT</u>•
•VIOLATION- U.S. CONST. <u>5TH, 14TH AMEND. DUE PROCESS OF LAW</u>•

11) That at the Merit Review Hearing in said Cause conducted on April 5, 2007 by telephone conference between the Plaintiff and Urbana Division, U.S. District Court Judge Harold A. Baker, the Plaintiff was "WITHOUT A RIGHTFUL COPY" of the Civil Rights Complaint pertaining to said Hearing (U.S. District Court Case # 07-CV-1051) and was therefore prejudiced against by the Court at the Merit Review Hearing on 4-5-2007 and was unconstitutionally denied meaningful access to the Court in violation of Plaintiff's Right to Due Process of Law. U.S. Const. 5th, 14th Amend.

12) That on or about March 28, 2007 Plaintiff did send a letter of request address to U.S. District Court Judge Harold A. Baker requesting a indigent copy of Plaintiff's Complaint, and because Plaintiff was "NOT GIVEN PROPER NOTICE" that his case was transferred OUT OF THE PEORIA DIVISION OF U.S. DISTRICT COURT, Plaintiff addressed said letter of request to the place of original filing and proper Peoria Division jurisdiction pursuant to 28 U.S.C. Section 1391, which letter of request "MAY NOT" have been appropriately forewarded to the Urbana Division, U.S. District Court Judge Harold Baker in a timely manner, or possibly "at all." Which did in "any event" completely prejudice the Plaintiff. • Violation - United States Constitution 5th, 14th Amend. Due Process of Law.

13) That pursuant to 28 U.S.C. Section 1391 the "Plaintiff's Right to have his Complaint filed and heard in Plaintiff's Original Chosen U.S. District Court, "PEORIA DIVISION" jurisdiction (which is the actual Court Plaintiff's original Complaint was sent to). Has been violated. U.S. Const. 5th, 9th, 14th Amend. (Constitutional Autonomy 9th Amend.)

14) That Plaintiff's right to "proper and timely notice" of a Court Ordered Change of Venue in said Cause guaranteed under the Plaintiff's U.S. Constitutional Right to Due Process of Law by the 5th and 14th Amendment, has been violated by the United States District Court, Central District of Illinois.

15) That plaintiff's Constitutional right to a "INDIGENT COPY" of said Civil Rights Complaint after repeated request and after plaintiff's petition to sue/defend in forma pauperis was granted by the court constituted a complete violation of plaintiff's "Constitutional right of Meaningful access to the Court."
• Violation – 5TH, 14TH Amendment United States Constitution.

16) That plaintiff's United States Constitutional right to Due process of law under the 5th and 14th Amendment and plaintiff's Constitutional right to Autonomous Action under the 9th Amendment have been Blatantly violated by the United States District Court, Central District of Illinois.

WHEREFORE, plaintiff pray as follows:

That the United States District Court will vacate judgement entered on April 5, 2007 in case # 07-CV-1051 by Urbana Division, U.S. District Court Judge Harold A. Baker.

That the United States District Court, Urbana Division shall change venue of said cause, and transfer case # 07-CV-1051 to the "Original Peoria Division Jurisdiction and Venue", forewarded to, by the plaintiff by way of U.S. Mail Service at McLean County Detention Facility on or about March 6, 2007.

That the Court shall provide the plaintiff with a "Rightful Indigent Copy" of Civil Rights Complaint case # 07-CV-1051 title Anthony L. Fletcher et al. v. McLean County Sheriff Dept. et al. and a Rightful Indigent Copy of the Transcript of the Merit Review Hearing conducted on April 5, 2007 by telephone conference call before Urbana Division, U.S. District Court Judge Harold A. Baker.

That the Court shall inform the plaintiff of how plaintiff's complaint was sent to the "Peoria Division" of U.S. District Court, but was changed in venue to Urbana Division without notice to or motion from the plaintiff, Anthony L. Fletcher in this cause.

THAT THE MERIT REVIEW ORDER ENTERED BY URBANA DIVISION, U.S. DISTRICT COURT JUDGE HAROLD A. BAKER BE HERETOFORE VACATED, AND SHALL <u>NOT</u> COUNT AS A STRIKE AGAINST THE PLAINTIFF FOR FAILING TO STATE A CLAIM.

THAT THE COURT SHALL ORDER THE CLERK OF U.S. DISTRICT COURT TO REMOVE ANY RECORD OF ANY SUCH STRIKE FROM THE COURT'S STRIKE LOG.

THAT THE PLAINTIFF BE RESTORED TO THE RIGHT TO SUE/DEFEND IN FORMA PAUPERIS.

THAT THE COURT SHALL GRANT THE PLAINTIFF THE RELIEF OF THIS MOTION.

_____
ANTHONY L. FLETCHER   PRO SE

DATE: 4-9-2007

STATE ILLINOIS ) ss.
COUNTY OF CHAMPAIGN )

UNDER penalties provided by Federal Law Plaintiff ANTHONY L. FLETCHER HEREBY CERTIFIES UPON HIS SWORN OATH THAT HE IS THE MAKER OF THE FORGOING DOCUMENT BY HIM SUBSCRIBED, THAT HE HAS READ THE CONTENT THEREOF, AND THAT THE INFORMATION CONTAINED THEREIN IS TRUE IN SUBSTANCE AND IN FACT TO THE BEST OF HIS KNOWLEDGE AND BELIEF.

ANTHONY L. FLETCHER   PRO SE

Date: 4-9-2007

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

ANTHONY L. FLETCHER, ET AL.
PLAINTIFF,

V.

MCLEAN COUNTY SHERIFF DEPT. ET AL.
DEFENDANT.

CASE: 07-CV-1051

## NOTICE OF FILING

Now Comes, Plaintiff, Anthony L. Fletcher pro se and hereby give notice to all parties ajoined to said cause that the following documents by him subscribed, were filed by him in the office of the Clerk of United States District Court Central District of Illinios URBANA Division. By depositing the same in a legal envelope and forwarding said documents by way of U.S. Mail Service at McLean County Detention Facility on the 9 day of April 2007.

MOTION IN ARREST OF JUDGEMENT
AFFIDAVIT
NOTICE OF FILING

_____
ANTHONY L. FLETCHER PRO SE

DATE: 4-9-2007