UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
APR 17 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANTHONY L. FLETCHER ET AL
     PLAINTIFF,
         V.                              CASE: 07-CV-1051

McLEAN COUNTY SHERIFF'S DEPT, ET AL
     DEFENDANT.

MOTION FOR RELIEF
FROM JUDGEMENT
FOR VIOLATION OF FRCP GEN. & CIV LOCAL RULES
L R RULE 40.1(A),(E), L R RULE 16.3

NOW COMES, plaintiff ANTHONY L. FLETCHER PRO SE PURSUANT TO FRCP RULE 60., LR RULE 40.1(A),(E), LR RULE 16.3 and MOVE THIS HONORABLE COURT TO VACATE THE JUDGEMENT ENTERED ON APRIL 5, 2007 IN THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION ON THE FINDING OF FAILURE TO STATE A CLAIM IN CONNECTION WITH UNITED STATES DISTRICT COURT CASE NUMBER 07-CV-1051, AND GRANT HIM A NEW MERIT REVIEW HEARING IN SAID CAUSE, AND SUPPORT THEREOF, THE PLAINTIFF STATES AS FOLLOWINGS:

COUNT I

1) THAT PLAINTIFF IS CURRENTLY INCARCERATED AT McLEAN COUNTY DETENTION FACILITY BLOOMINGTON, IL.

2) THAT ON OR ABOUT MARCH 6, 2007 PLAINTIFF DID FOREWARD A CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. SECTION 1983 TO UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION PURSUANT TO 29 U.S.C. SECTION 1391 WHICH DIVISION JURISDICTION COVERS THE FOLLOWING COUNTIES:

1) BUREAU      4) KNOX       7) "McLEAN"    10) PUTNAM    13) WOODFORD
2) FULTON      5) LIVINGTON  8) McDONOUGH   11) STARK
3) HANCOCK     6) MARSHALL   9) PEORIA      12) TAZEWELL

3) THAT SAID CIVIL RIGHTS COMPLAINT WAS FILED FOR CIVIL RIGHTS VIOLATIONS WHICH OCCURED AT THE McLEAN COUNTY DETENTION FACILITY LOCATED IN McLEAN COUNTY ILLINOIS.

4) THAT McLEAN COUNTY ILLINOIS IS GOVERNED BY THE U.S. DISTRICT COURT, PEORIA DIVISION, OF CENTRAL ILLINOIS. (SEE GEN B CIV LR RULE 40.1(A),(E)

5) THAT ON THURSDAY MARCH 8, 2007 SAID CIVIL RIGHTS CLAIM WAS SET FOR MERIT REVIEW HEARING BEFORE JUDGE HAROLD A. BAKER IN U.S. DISTRICT COURT, <u>URBANA DIVISION</u>, CENTRAL DISTRICT OF ILLINOIS WHICH DIVISION JURISDICTION COVERS THE FOLLOWING COUNTIES:

1) <u>CHAMPAIGN</u>,   4) EDGAR      7) KANKAKEE   10) PIATT
2) COLES,       5) FORD       8) MACON      12) VERMILION
3) DOUGLAS,     6) IROQUOIS   9) MOULTRIE

○ (SEE EXHIBIT A-D ATTACHED FOR VIOLATION OF FRCP GEN & CIV. LR RULE 40.1 (A), (E)

6) THAT SAID MERIT REVIEW HEARING WAS SET FOR APRIL 5, 2007.

7) THAT ON 4-5-2007 A MERIT REVIEW HEARING WAS CONDUCTED IN UNITED STATES DISTRICT COURT, <u>URBANA DIVISION</u> IN CASE # 07-CV-1051 -VIOLATION- LR RULE 16.3, FRCP GEN & CIV. LR RULE 40.1(A), (E)

8) THAT ON 4-5-2007 JUDGE HAROLD A. BAKER, U.S. DISTRICT COURT <u>URBANA DIVISION</u> DID ENTER JUDGMENT AGAINST THE PLAINTIFF IN SAID CAUSE FOR FAILURE TO STATE A CLAIM, DISMISSING SAID CLAIM.

● <u>FAILURE BY THE COURT TO GIVE PROPER NOTICE</u> ●

9) THAT PLAINTIFF WAS AT <u>NO TIME GIVEN "PROPER NOTICE" BY THE COURT THAT SAID CIVIL RIGHTS COMPLAINT WAS TRANSFERED OUT OF THE PEORIA DIVISION OF U.S. DISTRICT COURT</u>, COVERING MCLEAN COUNTY ILLINOIS, AND TRANSFERED TO THE URBANA DIVISION OF U.S. DISTRICT COURT WHICH DOES "NOT" COVER MCLEAN COUNTY ILLINOIS, AND NO CHANGE OF VENUE WAS FILED BY THE PLAINTIFF AT ANY TIME.
-VIOLATION- U.S. CONST. 5TH, 14TH AMEND.

<u>COUNT II</u>

● <u>DENIEL OF MEANINGFUL ACCESS TO THE COURTS</u> ●

10) THAT AFTER REPEATED WRITTEN REQUEST, THE COURT DID FAIL TO PROVIDE THE PLAINTIFF WITH A INDIGENT COPY OF SAID CIVIL RIGHTS COMPLAINT WHEN NO COPIES OR COPY SERVICE WAS PROVIDED TO PLAINTIFF AT MCLEAN COUNTY JAIL, AND WHILE PLAINTIFF'S PETITION TO PROCEED IN FORMA PAUPERIS WAS GRANTED IN SAID CAUSE, WHICH DID INFACT PREJUDICE THE PLAINTIFF AND DID DENY PLAINTIFF'S UNITED STATES CONSTITUTION RIGHT TO <u>MEANING ACCESS TO THE COURT</u>.
● VIOLATION- U.S. CONST. 5TH, 14TH AMEND. DUE PROCESS OF LAW ●

11) That at the Merit Review Hearing in said Cause Conducted on April 5, 2007 by <u>Telephone Conference</u> between the Plaintiff and Urbana Division, U.S. District Court Judge Harold A. Baker, the Plaintiff was <u>"Without a Rightful Copy"</u> of the Civil Rights Complaint pertaining to said Hearing (U.S. District Court Case # 07-CV-1051) and was therefore prejudiced against by the Court at the Merit Review Hearing on 4-5-2007 and was Unconstitutionally Denied Meaningful access to the Court in Violation of Plaintiff's Right to Due Process of Law. <u>U.S. Const. 5th, 14th Amend.</u>
• <u>Violation - Gen & Civ. L R Rule 16.3</u>

12) That on or about March 28, 2007 Plaintiff did send a Letter of Request Address to U.S. District Court <u>Judge Harold A. Baker Requesting a Indigent Copy</u> of Plaintiff's Complaint, and Because Plaintiff was <u>"Not Given Proper Notice"</u> that his Case was Transfered <u>Out of the Peoria Division</u> of U.S. District Court, Plaintiff Addressed said Letter of Request to the Place of Original Filing and Proper Peoria Division Jurisdiction Pursuant to 28 U.S.C. Section 1391, Which Letter of Request "May Not" Have Been Appropriately Forewarded to the Urbana Division, U.S. District Court Judge Harold Baker in a Timely Manner, or Possibly "at all." Which did in "any Event" Completely Prejudice the Plaintiff.
• <u>Violation - United States Constitution 5th, 14th Amend. Due Process of Law.</u>

13) That Pursuant to 28 U.S.C. Section 1391 the "Plaintiff's Right to Have His Complaint Filed and Heard in Plaintiff's Original Chosen U.S. District Court, <u>Peoria Division</u> Jurisdiction (Which is the actual Court Plaintiff's Original Complaint was Sent to) Has Been Violated. <u>U.S. Const. 5th, 9th, 14th Amend.</u> (Constitutional Autonomy 9th Amend.) <u>- Violation - Gen & Civ. L R Rule 40.1(A), (E), (F)</u>

14) That <u>Plaintiff's Right to "Proper and Timely Notice"</u> of a Court Ordered Change of Venue in said Cause Guaranteed Under the Plaintiff's U.S. Constitutional Right to Due Process of Law by the 5th and 14th Amendment, Has Been Violated by the United States District Court, Central District of Illinois.

15) That plaintiff's Constitutional Right to a "INDIGENT COPY" of said Civil Rights Complaint after Repeated Request and after plaintiff Petition to Sue/Defend in Forma Pauperis was Granted by the Court Constituted a Complete Violation of plaintiff's "Constitutional Right of Meaningful Access to the Court."
• Violation – 5TH, 14TH Amendment United States Constitution.

16) That plaintiff's United States Constitutional Right to Due Process of Law Under the 5TH and 14TH Amendment and plaintiff Constitutional Right to Autonomous Action Under the 9TH Amendment have been Blatantly Violated by the United States District Court, Central District of Illinois.

Wherefore, plaintiff pray as Follows:

That the United States District Court will Vacate Judgement Entered on April 5, 2007 in Case # 07-CV-1051 by Urbana Division U.S. District Court Judge Harold A. Baker, for Violation of the aforesaid United States District Court Local Rules Division Jurisdiction.

That the United States District Court, Urbana Division Shall Change Venue of said Cause, and Transfer Case # 07-CV-1051 to the "Original Peoria Division Jurisdiction and Venue", Forewarded to, by the plaintiff by way of U.S. Mail Service at McLean County Detention Facility on or about March 6, 2007. Pursuant to FRCP Gen & Civ. LR Rule 40.1(A), (E), (F), LR Rule 16.3

That the Court Shall Provide the plaintiff with a "Rightful Indigent Copy" of Civil Rights Complaint Case # 07-CV-1051 title Anthony L. Fletcher Et Al. v. McLean County Sheriff Dept. Et Al And a Rightful Indigent Copy of the Transcript of the Merit Review Hearing Conducted on April 5, 2007 by telephone Conference Call before Urbana Division, U.S. District Court Judge Harold A. Baker.

That the Court Shall Inform the Plaintiff of How plaintiff's Complaint was Sent to the "Peoria Division" of U.S. District Court But was Changed in Venue to Urbana Division Without Notice or Concern for the Rights of the Plaintiff Anthony L. Fletcher.

THAT THE MERIT REVIEW ORDER ENTERED BY URBANA DIVISION, U.S. DISTRICT COURT JUDGE HAROLD A. BAKER BE HERETOFORE VACATED, AND SHALL _NOT_ COUNT AS A STRIKE AGAINST THE PLAINTIFF FOR FAILING TO STATE A CLAIM.

THAT THE COURT SHALL ORDER THE CLERK OF U.S. DISTRICT COURT TO REMOVE ANY RECORD OF ANY SUCH STRIKE FROM THE COURT'S STRIKE LOG.

THAT THE PLAINTIFF BE RESTORED TO THE RIGHT TO SUE/DEFEND IN FORMA PAUPERIS.

THAT THE COURT SHALL GRANT THE PLAINTIFF THE RELIEF OF THIS MOTION.

_____
ANTHONY L. FLETCHER   PRO SE

DATE: 4-16-2007

STATE ILLINOIS | SS.
COUNTY OF PEORIA |

# AFFIDAVIT

UNDER penalties provided by Federal Law Plaintiff ANTHONY L. FLETCHER HEREBY CERTIFIES UPON HIS SWORN OATH THAT HE IS THE MAKER OF THE FORGOING DOCUMENT BY HIM SUBSCRIBED, THAT HE HAS READ THE CONTENT THEREOF, AND THAT THE INFORMATION CONTAINED THEREIN IS TRUE IN SUBSTANCE AND IN FACT TO THE BEST OF HIS KNOWLEDGE AND BELIEF.

_____
ANTHONY L. FLETCHER   PRO SE

Date: 4-16-2007

1:07-cv-01051-HAB-JAG    # 14    Page 7 of EXHIBIT-A   Violation FRCP GEN & Civ LR RULE 40.1(E)
1:07-cv-01051-HAB-JAG    # 2    Page 1 of 1
E-FILED
Thursday, 08 March, 2007 02:32:18 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

– VIOLATION –
FRCP LR 40.1(E)

| | | |
|---|---|---|
| Anthony Fletcher et al. | ) | WRIT OF HABEAS CORPUS |
|    Plaintiff | ) | AD TESTIFICANDUM |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 07-1051 |
| McLean County Sheriff's Dept., et al. | ) | |
|    Defendant | ) | |

**TO: THE WARDEN** of McLean County Jail at Bloomington, IL.

     **WE COMMAND** that you produce the body of **Anthony L. Fletcher**, Register No. 130157823, who is in your custody at McLean County Jail before the United States District Court on **Thursday, 4/5/07 at 10:00 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

     **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

     DATED: March 8, 2007

                                JOHN M. WATERS, CLERK
                                UNITED STATES DISTRICT COURT

                                BY: ___s/R. Knox_____
                                     Deputy Clerk

AO 450 (Rev. 5/85) Judgment in a Civil Case

E-FILED
Thursday, 05 April, 2007 03:03:21 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

— V I O L A T I O N —
FRCP LR 40.1 (E)

## JUDGMENT IN A CIVIL CASE

**ANTHONY FLETCHER,**
**Plaintiff,**

vs.                                                         Case Number:  **07-1051**

**SHERIFF OF MCLEAN COUNTY, ET AL.,**
**Defendants.**

☐ **DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that case is dismissed on merit review for failure to state a claim.

ENTER this 5th day of April 2007.

s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK

s/K. Wynn
BY: DEPUTY CLERK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

— VIOLATION —
FRCP LR RULE 40.1(E)

ANTHONY L. FLETCHER,

PLAINTIFF,

VS.                                                                07-1051

SHERIFF OF McLEAN COUNTY, et al.,

DEFENDANTS.

MERIT REVIEW ORDER

This case is before the court by telephone conference for merit review. The plaintiff, Anthony L. Fletcher, appeared pro se.

After discussion of the complaint with the plaintiff [See filed transcript of proceedings] it is clear that he fails to state a federal constitutional violation. His complaint is that the Inmate Orientation Handbook supplied to persons in custody in the McLean County Jail is misleading and inaccurate and a misstatement of Illinois law. Assuming, without agreeing, that his assertions about the inaccuracies in the handbook are correct, those inaccuracies do not rise to the level of a federal constitutional violation.

This dismissal shall count as a strike against the plaintiff for failing to state a claim and the clerk shall record the strike in the court's strike log.

It is ordered that the case is dismissed on merit review for failure to state a claim. The clerk shall make the necessary arrangements for collection of the filing fee from the plaintiff with the authorities of the Illinois Department of Corrections

Enter this  5th   day of April 2007.

s\Harold A. Baker
_____
Harold A. Baker
United States District Judge

*EXHIBIT D* *Violation Gen.&Civ. LR 40.1(E)*

**E-FILED**
Tuesday, 27 March, 2007 10:52:46 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

*— VIOLATION —*
*FRCP LP 40.1(E)*
*COPY*

| | |
|---|---|
| Anthony L. Fletcher<br>Plaintiff | ) <br> ) **WRIT OF HABEAS CORPUS** <br> ) **AD TESTIFICANDUM** <br> ) |
| vs | ) |
| | ) **CASE NO. 07-1072** |
| Ronald C. Dozier, et al<br>Defendant | ) <br> ) |

**TO: THE WARDEN of McLean County Jail at Bloomington, IL.**

**WE COMMAND** that you produce the body of **Anthony L. Fletcher**, Register No. **130157823**, who is in your custody at McLean County Jail before the United States District Court on **Friday, April 27, 2007 at 10:30 AM** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: March 27, 2007

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: ___s/ T. Kelch_____
Deputy Clerk

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

ANTHONY L. FLETCHER, ET AL.
PLAINTIFF,

V.

CASE: 07-CV-1051

McLEAN COUNTY SHERIFF DEPT. ET AL.
DEFENDANT.

### NOTICE OF FILING

NOW COMES, PLAINTIFF, ANTHONY L. FLETCHER PRO SE AND HEREBY GIVE NOTICE TO ALL PARTIES AJOINED TO SAID CAUSE THAT THE FOLLOWING DOCUMENTS BY HIM SUBSCRIBED, WERE FILED BY HIM IN THE OFFICE OF THE CLERK OF UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF ILLINIOS, PEORIA DIVISION. BY DEPOSITING THE SAME IN A LEGAL ENVELOPE AND FORWARDING SAID DOCUMENTS BY WS OF U.S. MAIL SERVICE AT McLEAN COUNTY DETENTION FACILITY ON THE 16 DAY OF APRIL 2007.

MOTION FOR RELIEF FROM JUDGEMENT
AFFIDAVIT
NOTICE OF FILING

ANTHONY L. FLETCHER PRO SE

DATE: 4-16-2007