E-FILED
Monday, 23 April 2007, 02:07:23 PM
Clerk, U.S. District Court, ILCD

FILED
APR 2 3 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

Anthony L. Fletcher
  Plaintiff,
  v.

Case No: 07-CV-1051

McLean County Sheriff Dept. et al.
  Defendant.

## Plaintiff's Motion for Relief from Judgement

For Merit Hearing Violation FRCP X. District Courts and Clerks Rule 77.(b) and CDIL-LR 40.1 (E).

Now Comes, Plaintiff, Anthony L. Fletcher pro se pursuant to Federal Rules of Civil Produre Rule 60., FRCP Rule 77.(b), and CDIL-LR 40.1 and moves this court for relief from judgement and merit review order entered on April 5, 2007 in the above titled cause by Urbana Division, District Court Judge Harold A. Baker and in support thereof states as follows:

1) That he is the Plaintiff in the above titled cause of action.

2) That Plaintiff is currently incarcerated at McLean County Jail, Bloomington, IL.

3) That the above and titled cause of action is now pending in United States District Court, Central District of IL., Peoria Division.

4) That the presiding judge in said cause is U.S. District Court Judge Harold A. Baker of the Urbana, Division for Central Illinois.

5) That judgment was entered against the Plaintiff in said cause on 4-5-2007.

6) That a violation of Federal Rule of Civil Procedure X. - Rule 77.(b) District Courts and Clerks has occured in said cause.

7) THAT ON THURSDAY APRIL 5, 2007 A MERIT REVIEW HEARING WAS CONDUCTED BY TELEPHONE CONFERENCE CALL BETWEEN THE PLAINTIFF AND JUDGE HAROLD A BAKER IN <u>VIOLATION OF FEDERAL RULES OF CIVIL PROCEDURE X. DISTRICT COURTS AND CLERKS RULE 77.(b)</u>.

8) THAT UNITED STATE DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS HAS "FAILED" <u>TO IDENTIFY IN THE CAPTION OF ALL DOCUMENTS FILED BY THE COURT IN SAID CAUSE, THE DIVISION IN WHICH THE CASE IS PENDING</u>. - VIOLATION-CDIL-LR 40.1 (E).

9) THAT THE ABOVESAID VIOLATIONS OF PARAGRAPHS 7 AN 8 OF THIS MOTION HAVE COMPLETELY PREJUDICED THE PLAINTIFF IN THE ABOVESAID CAUSE OF ACTION AND HAVE DENIED PLAINTIFF A FAIR MERIT REVIEW HEARING IN SAID CAUSE.

10) THAT PURSUANT TO CDIL-LR 7.1(2) THE PLAINTIFF HEREBY REQUEST TO BE BROUGHT BEFORE THE COURT FOR ORAL ARGUEMENT ON THIS MOTION FOR THE FOLLOWING REASONS:

A) THAT AT THE MERIT REVIEW TELEPHONE CONFERENCE CALL CONDUCTED ON APRIL 5, 2007 <u>JUDGE HAROLD A. BAKER DID "PREJUDICE THE PLAINTIFF" AND DID "CUT PLAINTIFF OFF FROM MAKING POINTS OF LAW THAT WOULD APPLY TO PLAINTIFF'S COMPLAINT"</u>, AND DID STATE TO PLAINTIFF THAT <u>"HE"(JUDGE BAKER) WOULD SEND PLAINTIFF A "QUOTE-"CASE MANAGEMENT NOTICE IN THE MAIL."</u> BUT SAID JUDGE DID HOWEVER, <u>DENY PLAINTIFF'S CLAIM</u> DIRECTLY AFTER STATING THAT "THE PLAINTIFF WOULD RECIEVE A CASE MANAGEMENT NOTICE IN THE MAIL". IT IS BELIEVED THAT THE ABOVESAID ACT OF SUBTERFUGE WAS DUE TO COMPLETE "RACIAL PREJUDICE AS WELL.

B) THAT PLAINTIFF MAY HAVE OPPORTUNITY TO FULLY MAKE ARGUEMENT ON THIS MOTION AND RESPOND TO ALL OPPOSING PARTIES PERSONALLY BEFORE THE COURT.

WHEREFORE, PLAINTIFF PRAYS THAT THE COURT SHALL GRANT HIM THE RELIEF OF THIS MOTION.

_____
ANTHONY L. FLETCHER  PRO SE

DATE: 4-20-2007

STATE OF ILLINOIS | SS.
COUNTY OF PEORIA |

AFFIDAVIT

UNDER PENALTIES PROVIDED BY FEDERAL LAW PLAINTIFF HEREBY CERTIFIES UPON HIS SWORN OATH THAT HE IS THE MAKER OF THE FOREGOING DOCUMENT BY HIM SUBSCRIBED, THAT HE HAS READ THE CONTENTS THEREOF, AND THAT THE INFORMATION CONTAINED THEREIN IS TRUE TO THE BEST OF HIS KNOWLEDGE AND BELIEF.

_____
ANTHONY L. FLETCHER

DATE: 4-20-2007