

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

ANTHONY L. FLETCHER
PLAINTIFF,
V.

McLEAN COUNTY SHERIFF DEPT. ET AL,
RONALD C. DOZIER ET AL,
CITY OF BLOOMINGTON ET AL,
DEFENTMENT.

CASE: 07-CV-1051
07-CV-1072
07-CV-1080

### PLAINTIFF'S MOTION FOR SUBSTITUTION OF JUDGE FOR CAUSE

Now Comes, Plaintiff ANTHONY L. FLETCHER PRO SE and moves this Court for Substitution of United States District Court Judge Harold A. Baker of the Urbana Division of the Central District of Illinois and in support there of states as follows:

1) That Plaintiff, is currently incarcerated at McLean County Jail, Bloomington, IL.

2) That he is the Plaintiff in the abovetitled causes.

3) That United States District Court Judge Harold A. Baker of the Urbana Division, of Central District of Illinois is the presiding judge in the abovesaid causes of action.

4) That the abovetitled causes are currently pending in the United State District Court, Peoria Division, of the Central District of Illinois.

5) That Plaintiff hereby request a substitution of judge in the abovesaid cause.

COUNT I — PREJUDICE

6) That U.S. District Court Judge Harold A Baker is so prejudice against the plaintiff that plaintiff will not recieve a fair hearing or trial before said judge.

7) That on Thursday April 5, 2007 a Merit Review Hearing was conducted by telephone conference call between the Plaintiff and said Judge in violation of F R C P X. District Courts and Clerks Rule 77 (b), and CDIL-LR 40.1 (A).(E).

8) That at the Merit review telephone conference call conducted on April 5, 2007 Judge Harold A. Baker did prejudice the plaintiff and did cut plaintiff off, an did "prevent" plaintiff from making his appropriate points of law in support of his claim. And did "infact" state to the plaintiff quote " I know exactly why you filed your complaint." "You will recieve a Case Management notice in the mail." However, after making the aforesaid statement to plaintiff in said Merit Hearing, Judge Baker did commit a clear act of "Judicial Subterfuge" and deny plaintiff's claim directly after stating that plaintiff would recieve a Case Management notice in the mail and after said Judge did cause and prevent plaintiff from presenting Applicable points of law in support of plaintiff's Complaint.

COUNT II — CONFLICT OF INTEREST

9) That Judge Harold A. Baker maybe within the first, second, or third degree or relation to Bloomington Police SGT/DET. Karen Baker who is named as a Defendant in case # 07-CV-1080. Which presents a clear conflict of interest in said cause. And said judge maybe in the first, second, or third degree of relation to other defendants in the abovetitled causes.

That as a result of the aforesaid actions and circumstances a erremediable and inescapable conflict of interest exist between said judge and the plaintiff in all causes assigned to said judge.

1) That "IF" plaintiff has a right to substitution of judge under federal law at this time, plaintiff hereby also invokes that right in all the abovetitled causes.

2) Pursuant to CDIL-LR 7.1(2) the plaintiff hereby request to be brought before the court for oral arguement on this motion for the following reasons:

That plaintiff may recieve the fundamental fairness to address all opposing confrontation or rebuttle, and to fully present the facts of this motion in open court to satisfy his right to due process of law.

Wherefore, plaintiff prays the court shall grant the plaintiff a substitution of judge in all remaining causes, and merit review hearings pertaining to the plaintiff and U.S. District Court Judge Harold A. Baker.

Anthony L. Fletcher PRO SE

Date: 4-20-2007

STATE ILLINOIS   | SS.
COUNTY OF PEORIA |

# AFFIDAVIT

UNDER penalties provided by Federal Law Plaintiff Anthony L. Fletcher hereby certifies upon his Sworn Oath that he is the maker of the forgoing document by him subscribed, that he has read the content thereof, and that the information contained therein is true in substance and in fact to the best of his knowledge and belief.

*Anthony L. Fletcher*    PRO SE

Date: 4-20-2007