E-FILED
Monday, 23 April, 2007   02:13:38 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
APR 23 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Anthony L. Fletcher, et al.
Plaintiff,

v.

McLean County Sheriff Dept. et al.
Defendant.

Case: 07-CV-1051
07-CV-1072
07-CV-1080

### Notice of Filing

Now comes, Plaintiff, Anthony L. Fletcher pro se and hereby give notice to all parties ajoined to said cause, that the following documents by him subscribed, were filed by him in the office of the Clerk of United States District Court Central District of Illinios PEORIA Division. By depositing the same in a legal envelope and forwarding said documents by way of U.S. Mail Service at McLean County Detention Facility on the 20 day of April 2007.

① Motion for Substitution of Judge, ② Motion for Relief of Judgement
Affidavit
Notice of Filing

_Anthony Fletcher_ PRO SE

Date: 4-20-2007