E-FILED
Thursday, 26 April, 2007  11:47:04 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
APR 26 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Anthony L. Fletcher et al,
    Plaintiff,
v.
McLean County Sheriff Dept et al,
    Defendant.

Case: 07-CV-1051

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Anthony L. Fletcher et al. in the above cause of action, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the judgement of failure to state a claim entered in this action on the 5 day of April 2007.

Anthony L. Fletcher Pro Se

Date: 4-25-2007