

E-FILED
Thursday, 26 April, 2007 11:48:21 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

APR 2 6 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANTHONY L. FLETCHER ET AL,
    Plaintiff,

McLEAN COUNT SHERIFF DEPT. ET AL,
    Defendant.

Case No. 07-CV-1051

### PETITION/AFFIDAVIT FOR LEAVE TO SUE/DEFEND AS A POOR PERSON / INFORMA PAUPERIS

I, ANTHONY L. FLETCHER, Plaintiff/Defendant in this case, state that I am without adequate means to advance payment of court costs, and make the following statement in support of my request to waive or defer payment of court costs.

1. Name ANTHONY L. FLETCHER    Date of Birth 10-25-63    Telephone No. (   )

2. Address 104 W. FRONT ST.    City BLOOMINGTON    State IL.    Zip 61701

3. Family; (a) Marital Status DIVORCED    (b) Number of children 1

4. Name and address of employer SELF EMPLOYED / UNEMPLOYED DUE TO INCARCERATION
   Length of employment 17YRS    Occupation PORTRAIT, GRAPHIC, AND COMPUTER GRAPHIC ARTIST

5. **INCOME:**
   (a) $ 0 per month from employment
   (b) $ ___ per month from pension, trust, annuity, welfare, Workman's Compensation, retirement or disability plan, or a similar State, Federal, local or private benefit plan, or student loans or grants
   (c) $ 0 Total per month from all sources
   (d) $ 0 Total gross income for preceding calendar year

6. **ASSETS:**
   (a) $ 0 Home or other dwelling    Where situated ___
   (b) $ 0 Cars
   (c) $ 0 Bank accounts
   (d) $ 0 Cash on hand
   (e) $ 0 Total value of assets

7. **LIABILITIES:**
   (a) Mortgage/rent on residence $ 0    Monthly payment $ ___
   (b) Amount owed on car $ 0    Monthly payment $ ___
   (c) Personal debts $ 0    To whom ___
       owed ___
   (d) Other debts $ 0    To whom owed ___
   (e) Total liabilities and debts $ 0    Total monthly payments $ ___

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

DATED: 4-25-2007    Plaintiff/Defendant: _[signature]_

PETITION: ☐ GRANTED    ☐ DENIED ___

DATED: ___    JUDGE

# MCLEAN COUNTY
# INMATE TRUST TRANSACTION REPORT (BOOKING NUMBER)

**Booking Number:** 130157823    **Name:** FLETCHER, ANTHONY L

| Transaction Date | Transaction Type | Transaction Amount | Negotiable Instrument | Officer | Adjustment Code |
|---|---|---|---|---|---|
| 04/06/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 04/05/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 04/02/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 03/29/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 03/27/07 | WITHDRAWAL | $0.19 | Transfer/Debit/Credit | MILLER, JENNIFER | |
| 03/26/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 03/23/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 03/22/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 03/22/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 03/21/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 03/21/07 | WITHDRAWAL | -$0.19 | Transfer/Debit/Credit | PACHA, KENNETH | DATA ENTRY ERROR |
| 03/13/07 | WITHDRAWAL | $0.19 | Transfer/Debit/Credit | PACHA, KENNETH | DATA ENTRY ERROR |
| 03/12/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 03/12/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 03/07/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 03/07/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 03/07/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 03/06/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 03/05/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 02/28/07 | COMMISSARY PURCHASE | $1.25 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 02/28/07 | COMMISSARY REFUND | $1.3 | Transfer/Debit/Credit | MAAKS, RONNIE | |
| 02/27/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 02/26/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 02/26/07 | COMMISSARY PURCHASE | $49.9 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 02/26/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 02/23/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 02/21/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 02/21/07 | DEPOSIT | $50 | Check/Money Order | CHURCHILL, MOLLI | |
| 02/20/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 02/20/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 02/20/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |

# MCLEAN COUNTY
## INMATE TRUST TRANSACTION REPORT (BOOKING NUMBER)

Booking Number: 130157823    Name: FLETCHER, ANTHONY L

| Transaction Date | Transaction Type | Transaction Amount | Negotiable Instrument | Officer | Adjustment Code |
|---|---|---|---|---|---|
| 02/20/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 02/12/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 02/12/07 | COMMISSARY PURCHASE | $20.15 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 02/07/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 02/06/07 | DEPOSIT | $20 | Cash | WOODY, MICHELLE | |
| 02/06/07 | DEPOSIT | -$20 | Cash | WOODY, MICHELLE | DATA ENTRY ERROR |
| 02/06/07 | DEPOSIT | $20 | Check/Money Order | REUTER, JENNIFER | DATA ENTRY ERROR |
| 01/29/07 | COMMISSARY PURCHASE | $0.95 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 01/26/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 01/24/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 01/22/07 | COMMISSARY PURCHASE | $39.01 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 01/19/07 | DEPOSIT | $40 | Cash | WOODY, MICHELLE | |
| 01/19/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 01/08/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 01/08/07 | COMMISSARY PURCHASE | $3.88 | Transfer/Debit/Credit | MAAKS, CATHY | |
| 01/02/07 | COMMISSARY PURCHASE | $17.31 | Transfer/Debit/Credit | MAAKS, RONNIE | |
| 12/30/06 | DEPOSIT | $20 | Check/Money Order | MATTHEWS, MARY | |
| 12/29/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 12/27/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 12/27/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 12/26/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 12/20/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 12/19/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 12/18/06 | COMMISSARY PURCHASE | $18.71 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 12/13/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 12/13/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 12/11/06 | DEPOSIT | $20 | Check/Money Order | PACHA, KENNETH | |
| 12/11/06 | COMMISSARY PURCHASE | $14.99 | Transfer/Debit/Credit | POSHARD, BETTY | |

# MCLEAN COUNTY
## INMATE TRUST TRANSACTION REPORT (BOOKING NUMBER)

Booking Number: 13015782 3  Name: FLETCHER, ANTHONY L

| Transaction Date | Transaction Type | Transaction Amount | Negotiable Instrument | Officer | Adjustment Code |
|---|---|---|---|---|---|
| 12/08/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 12/07/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 12/06/06 | DEPOSIT | $15 | Check/Money Order | MAAKS, CATHY | |
| 12/05/06 | FREE LEGAL POSTAGE | $0.01 | Transfer/Debit/Credit | MAAKS, CATHY | DATA ENTRY ERROR |
| 12/05/06 | FREE LEGAL POSTAGE | -$0.01 | Transfer/Debit/Credit | MAAKS, CATHY | DATA ENTRY ERROR |
| 12/05/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 12/04/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 12/04/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 12/04/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 11/29/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 11/27/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 11/27/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 11/27/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 11/27/06 | COMMISSARY PURCHASE | $1.2 | Transfer/Debit/Credit | MAAKS, RONNIE | |
| 11/20/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 11/20/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 11/20/06 | COMMISSARY PURCHASE | $8.78 | Transfer/Debit/Credit | MAAKS, RONNIE | |
| 11/20/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 11/17/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 11/13/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 11/13/06 | DEPOSIT | $10 | Check/Money Order | CRUZ, CAROL | |
| 11/13/06 | COMMISSARY PURCHASE | $0.42 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 11/06/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 11/06/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 10/30/06 | COMMISSARY PURCHASE | $23.2 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 10/28/06 | DEPOSIT | $20 | Cash | CRUZ, CAROL | |
| 10/27/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 10/27/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 10/25/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |

## MCLEAN COUNTY
## INMATE TRUST TRANSACTION REPORT (BOOKING NUMBER)

**Booking Number:** 130157823    **Name:** FLETCHER, ANTHONY L

| Transaction Date | Transaction Type | Transaction Amount | Negotiable Instrument | Officer | Adjustment Code |
|---|---|---|---|---|---|
| 10/24/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 10/23/06 | COMMISSARY PURCHASE | $14.25 | Transfer/Debit/Credit | MAAKS, RONNIE | |
| 10/16/06 | COMMISSARY PURCHASE | $12.2 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 10/12/06 | DEPOSIT | $30 | Check/Money Order | PHILLIPS, TINA | |
| 10/10/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 10/09/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MORGAN, BRENDA | |
| 10/05/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 10/03/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 10/03/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 10/02/06 | COMMISSARY PURCHASE | $30.75 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 09/25/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 09/22/06 | DEPOSIT | $30 | Check/Money Order | CRUZ, CAROL | |
| 09/21/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 09/19/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 09/19/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 09/14/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 09/12/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 09/11/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 09/11/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 09/11/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 09/08/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 09/05/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 09/01/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 08/31/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 08/30/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/30/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/28/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/28/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/28/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |

# MCLEAN COUNTY
## INMATE TRUST TRANSACTION REPORT (BOOKING NUMBER)

**Booking Number:** 130157823    **Name:** FLETCHER, ANTHONY L

| Transaction Date | Transaction Type | Transaction Amount | Negotiable Instrument | Officer | Adjustment Code |
|---|---|---|---|---|---|
| 08/17/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 08/16/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 08/14/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/14/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/14/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/14/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/14/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/11/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 08/10/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 08/10/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 08/09/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 08/08/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/07/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/07/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/07/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/07/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/03/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 08/03/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 07/31/06 | COMMISSARY PURCHASE | $3.5 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 07/31/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 07/28/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 07/27/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 07/26/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 07/24/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 07/24/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 07/24/06 | COMMISSARY PURCHASE | $8.8 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 07/20/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 07/19/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 07/18/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 07/17/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |

# MCLEAN COUNTY
# INMATE TRUST TRANSACTION REPORT (BOOKING NUMBER)

**Booking Number:** 130157823  **Name:** FLETCHER, ANTHONY L

| Transaction Date | Transaction Type | Transaction Amount | Negotiable Instrument | Officer | Adjustment Code |
|---|---|---|---|---|---|
| 07/17/06 | COMMISSARY PURCHASE | $10 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 07/14/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 07/13/06 | FREE POSTAGE | $0.01 | No charge (indigent) | REED, BRADLEY | |
| 07/11/06 | FREE POSTAGE | $0.01 | No charge (indigent) | REED, BRADLEY | |
| 07/10/06 | FREE POSTAGE | $0.01 | No charge (indigent) | REED, BRADLEY | |
| 07/10/06 | COMMISSARY PURCHASE | $12.05 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 07/10/06 | FREE POSTAGE | $0.01 | No charge (indigent) | REED, BRADLEY | |
| 07/06/06 | COMMISSARY PURCHASE | $1.55 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 06/28/06 | COMMISSARY REFUND | $14 | Transfer/Debit/Credit | MAAKS, RONNIE | |
| 06/27/06 | FREE POSTAGE | $0.01 | No charge (indigent) | REED, BRADLEY | |
| 06/26/06 | COMMISSARY PURCHASE | $27.65 | Transfer/Debit/Credit | MAAKS, RONNIE | |
| 06/23/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 06/21/06 | DEPOSIT | $50 | Check/Money Order | PHILLIPS, TINA | |
| 06/19/06 | FREE POSTAGE | $0.01 | No charge (indigent) | REED, BRADLEY | |
| 06/16/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 06/02/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 05/26/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 05/23/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 05/15/06 | COMMISSARY PURCHASE | $31.4 | Transfer/Debit/Credit | MAAKS, RONNIE | |
| 05/13/06 | DEPOSIT | $20 | Cash | BAY, SARA | |
| 05/08/06 | COMMISSARY PURCHASE | $73 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 05/06/06 | DEPOSIT | $40 | Cash | MATTHEWS, MARY | |
| 05/01/06 | PREVIOUS BAL. (DEPOSIT) | $3.83 | Cash | ROOK, BILLY | |
| 05/01/06 | INDIGENT BAG | $1.05 | Transfer/Debit/Credit | MORGAN, BRENDA | |
| 05/01/06 | DEPOSIT | $42.01 | Cash | ROOK, BILLY | |

**Trust Balance:** $0