E-FILED
Thursday, 26 April, 2007   12:00:18 PM
Clerk, U.S. District Court, ILCD

# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CDIL                                              Docket No.: 07-1051

Division: PEORIA

### Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)

Fletcher, etal                                 v.       McLean County, etal

---

**Current Counsel for Plaintiff (Petitioner):**           **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

| | |
|---|---|
| Name: Anthony Fletcher, 130157823 | Name: |
| Firm: McLean County Detention Center | Firm: |
| Address: 103 W. Front St, Room 200 | Address: |
| Bloomington, IL . 61701 | |
| Phone: 309-888-5065 | Phone: |

---

| | |
|---|---|
| Judge: Harold Baker | Nature of Suit Code: 550 |
| Court Reporter: T. Judd | Date Filed in District Court: 3/8/7 |
| | Date of Judgment: 4/5/7 |
| | Date of Notice of Appeal: 4/26/7 |

Counsel:   ___Appointed       ___Retained   _X__Pro Se

Fee Status:   ___Paid    X___Due    ___IFP    ___IFP Pending    ___U.S.    ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes    __X_No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**