

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

ANTHONY L. FLETCER ET AL,
     PLAINTIFF,
V.

MCLEAN COUNTY SHERIFF DEPT. ET AL,
     DEFENDANT.

APPEAL NO: 07-1955
DOCKETING NO: 07-1051

## DOCKETING STATEMENT

1) U.S. DISTRICT COURT # 07-CF-1051

2) JUDGE: Harold A. Baker

3) DATE OF JUDGMENT: April 5, 2007

4) DATE OF NOTICE OF APPEAL: April 26, 2007

5) DATE OF All POST JUDGMENT MOTIONS FILED WHICH TOLL TIME WITHIN WHICH TO APPEAL:
   1) MOTION TO VACATE JUDGEMENT - FILED 4/16/2007
   2) MOTION TO VACATE JUDGMENT - FILED
   3) MOTION FOR SUBSTITUTION OF JUDGE - FILED

6) DISPOSITION OF All POST JUDGEMENT MOTIONS AND DATE OF ENTRY:
   1) MOTION TO VACATE JUDGMENT - DENIED - 4/16/2007
   2) MOTION TO VACATE JUDGEMENT -
   3) MOTION FOR SUBSTITUTION OF JUDGE -

7) EXTENTION OF TIME INFORMATION:
   EXTENTION GRANTED  YES ☐  NO ☐

8) THIS APPEAL IS NOT A DIRECT APPEAL FROM A DECISION OF A MAJESTRATE JUDGE.

9) This Appeal is a Seporate Appeal and no other related Appeals are pending before this Court at this time.

Corporation/Association Information

10) Defendant, McLean County Sheriff Dept. is believed to be a incorporated member of McLean County Municiple Government parented by the City of Bloomington, IL, as well as the McLean County Public Defender's Office.

11) <u>Full Name of Appellant Filing This Statement is</u>:

Anthony L. Fletcher

12) <u>Counsel on Appeal for Appellant</u>:
Appellant has filed a Motion for Appointment of Counsel on Appeal.
Anthony L. Fletcher
104 W. Front St.
Bloomington, IL. 61701
309-888-5065

13) <u>Court Reporter</u>
Ms. Toni M. Judd
U.S. District Court
201 S. Vine St.,
Urbana, IL. 61802

Approx. Duration of Proceeding to be Transcribed: 10-20 mins.

14) <u>Appellant's Jurisdiction Statement</u>

Pursuant to CDIL-LR 40.1 (A), All cases arising from McLean County, Illinois are under the jurisdiction of the United State District Court, Central District of Illinois, Peoria Division. The Peoria Division of U.S. District Court is under the Appellate Court Jurisdiction of the U.S. District Court of Appeals for the Seventh Circuit. And this cause arose out of McLean County, IL

AND WAS FILED IN THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION. WHICH SPECIFICALLY GIVES THIS COURT JURISDICTION IN SAID CAUSE ACCORDING TO FED. R. App. P., AND CDIL-LR 40.1 (A), (F)

15) **Nature of Case**

Class Action
Civil Rights - 42 USC Section 1983
For Violations of 6TH and 9TH Amendment Rights under the United States Constitution.

16) **Descriptive Nature of the Case and Result**

U.S. District Court Case # 07-CV-1051 is a Civil Rights Action which arose from a Unconstitutional "Legal Case Notice" found in the current McLean County Jail Inmate Information and Orientation Handbook of the McLean County Sheriff Office. Which Case Merit Review was Heared on April 5, 2007 and was Dismissed by Judge Harold A Baker for Failure to State a Cause on April 5, 2007.

17) **General Issues Proposed to be Raised**

1) <u>Inmate 9TH Amendment Right of Constitutional Autonomy and Private Right of Action</u>: To Relate and Conduct Attorney/Client Relations According to IL. Supreme Court Rules of Professional Conduct and the IL. Compiled Statutes, without <u>Interference by the Sheriff</u> through <u>Misguided</u>, <u>Misrepresentation</u> or <u>Misinterpretation</u> of the process of Law that Governs the Inmates Right to:

   A) Consult with Attorney
   B) Conflict Free Attorney/Client Relationship - 6TH Amend.
   C) Substitution of Judge
   D) Payment of Attorney Fees
   <u>Also Inmate 6TH Amend. Right to Effective Assistance of Counsel.</u>

P.3

2) PLAINTIFF'S U.S. CONSTITUTIONAL RIGHT TO FUNDAMENTAL FAIRNESS BY U.S. DISTRICT COURT 5TH, 14TH AMEND. U.S. CONST.

PLAINTIFF'S U.S. CONSTITUTIONAL RIGHT TO MEANINGFUL ACCESS TO UNITED STATES DISTRICT COURTS AND THE RIGHT TO BE PROVIDED INDIGENT COPIES OF PLAINTIFF'S COMPLAINT, EXHIBITS AND ATTACHMENTS ETC. IN SAID CAUSE BY THE UNITED STATES DISTRICT COURT, AFTER PLAINTIFF'S HOLDING FACILITY REFUSED TO PROVIDE INMATES (PLAINTIFF) WITH COPIES OF LEGAL DOCUMENTS, AND AFTER PLAINTIFF DID FOREWARD U.S. DISTRICT COURT CLEAR DOCUMENTATION OF PLAINTIFF'S REQUEST AND SUBSEQUENT DENIEL OF REQUESTED COPIES OF LEGAL DOCUMENTS BY MCLEAN COUNTY SHERIFF DEPT., AND AFTER PLAINTIFF'S PETITION TO SUE/DEFEND INFORNA PAUPERIS WAS GRANTED BY THE UNITED STATES DISTRICT COURT.

18) PLAINTIFF HEREBY REQUEST TO PROCEED INFORNA PAUPERIS ON APPEAL. (PETITION ATTACHED).

ANTHONY L. FLETCHER   PRO SE

DATE: 5-2-2007

P.4