# REQUEST FOR RECORD ON APPEAL

FILED
MAY - 2 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Wednesday, 02 May, 2007 12:04:21 PM
Clerk, U.S. District Court, ILCD

07-1051

I, Appellant, Anthony L. Fletcher pro se hereby certify that on May 2, 2007 I made written request to the Clerk of the United States District Court, Central District of Illinois, Peoria Division to prepare the record for appeal in this cause, and on May 2, 2007 I made written request to Toni M. Judd the Court Reporter to prepare the transcript.

Anthony L. Fletcher   PRO SE

Date: 5-2-2007