E-FILED
Wednesday, 02 May, 2007 12:06:03 PM
Clerk, U.S. District Court, ILCD

REQUEST FOR PREPARATION OF TRANSCRIPT

FILED
MAY - 2 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

07-1051

IN LIEU OF a REPORTER'S SIGNATURE I HAVE ATTACHED THIS WRITTEN REQUEST TO THE COURT REPORTER TONI M. JUDD TO PREPARE THE TRANSCRIPT THIS CAUSE.

_____
ANTHONY L. FLETCHER    PRO SE

DATE: 5-2-2007

I HEREBY acknowledge RECIEPT OF AN ORDER FOR THE PREPARATION OF A REPORT OF PROCEEDINGS.

_____
COURT REPORTER OR SUPERVISOR

DATE: _____