E-FILED
Wednesday, 23 May, 2007  11:20:40 AM
Clerk, U.S. District Court, ILCD

United State District Court
Central District of Illinois
Peoria Division

FILED
MAY 23 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Anthony L. Fletcher
Plaintiff,
v.

McLean County Sheriff Dept. et al,
Ronald C. Dozier et. al,
City of Bloomington et. al.
Defendant.

Case: 07-CV-1051
07-CV-1072
07-CV-1080

# NOTICE OF ADDRESS CHANGE

Now Comes plaintiff, Anthony L. Fletcher and hereby give Notice to the Clerk of the United States District Court, Central District of Illinois, Peoria Division that he has a current change of address. Which address and forwarding request shall be as follows:

1) The plaintiff Anthony L. Fletcher's **previous address** was 104 W. Front St., Bloomington, Il. 61701 at McLean County Detention Facility.

2) Plaintiff's **present address** is 101 S. Capitol, Pekin, Illinois 61554, at Tazewell County Justice Center.

Wherefore, Plaintiff hereby request that all documents pertaining to the above titled causes and all other legal matters related to this court be forewarded to plaintiff, Anthony L. Fletcher at Tazewell County Jail 101 S. Capitol, Pekin, Illinois 61554.

Date: 5-18-2007

Anthony L. Fletcher