UNITED STATES DISTRICT COURT

CENTAL DISTRICT OF ILLINOIS

ANTHONY FLETCHER,

        PLAINTIFF,

  VS.                               07-1051

MIKE EMERY, et al.,

        DEFENDANTS.

ORDER DENYING LEAVE TO APPEAL IFP

    This case is before the court for consideration of the plaintiff's motion to proceed on appeal in forma pauperis. On April 5, 2007, the court dismissed Fletcher's complaint for failure to state a constitutional violation. The court adheres to that ruling.

    On May 2, 2007, the court ordered the plaintiff to submit a brief setting forth his grounds for appeal and the constitutional basis for his appeal. He has failed to do so within the time limits set by the court. The court therefore finds that there is no good faith basis for his appeal.

    The clerk is directed to forward a copy of this order to the Court of Appeals.

    Enter this _16th _ day of August 2007.

**s\Harold A. Baker**
_____
Harold A. Baker
United States District Judge