

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

September 11, 2007

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE:  Anthony Fletcher v. Mike Emery, et al.
D. C. Docket No. 07-1051
U. S. C. A. Docket No. 07-1955

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

 1  Volumes of Pleadings

 ___ Volumes of Transcript

 ___ Volumes of Depositions

 ___ Volumes of Exhibits:

 ___ Impounded Exhibits:

Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK


BY:__s/M. Leininger_____
       Deputy Clerk