**E-FILED**
Monday, 24 September, 2007 11:11:46 AM
Tuesday, 11 September, 2007 08:37:52 AM
Clerk, U.S. District Court, ILCD



## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

September 11, 2007

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: Anthony Fletcher v. Mike Emery, et al.
D. C. Docket No. 07-1051
U. S. C. A. Docket No. 07-1955

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

__1__ Volumes of Pleadings

___ Volumes of Transcript

___ Volumes of Depositions

___ Volumes of Exhibits:

___ Impounded Exhibits:

Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY: __s/M. Leininger__
Deputy Clerk

U.S.C.A. – 7th Circuit
RECEIVED
SEP 1 3 2007  KLY
GINO J. AGNELLO
CLERK

FILED
SEP 24 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

U.S.C.A. – 7th Circuit
FILED
SEP 1 4 2007  GW
GINO J. AGNELLO
CLERK

**ON AIMS**
SEP 1 4 2007