# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Date: January 8, 2008

**FILED**

**JAN 11 2008**

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

By the Court:

No. 07-1955

ANTHONY FLETCHER,
    Plaintiff - Appellant

v.

MIKE EMERY, McLean County Sheriff, DAVID OWENS, former McLean County Sheriff, AMY DAVIS, McLean County Public Defender and MCLEAN COUNTY SHERIFF DEPARTMENT,
    Defendants - Appellees

Appeal from the United States District Court for the
Central District of Illinois
No. 07 C 1051, Harold A. Baker, Judge

    The pro se appellant was DENIED leave to proceed on appeal in forma pauperis by the appellate court on 12/10/07 and was given 14 days to pay the $455 filing fee. The pro se appellant has not paid the $455 appellate fee. Accordingly,

    **IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

    **IT IS FURTHER ORDERED** that the appellant pay the appellate fees of $455 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b). <u>Newlin v. Helman</u>, 123 F.3d 429, 433 (7th Cir. 1997).

(1252-PLRA(g)-041299)

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE:    January 8, 2008

TO:      Pamela E. Robinson
         United States District Court
         Central District of Illinois
         Room 309
         100 N.E. Monroe Street
         Peoria, IL  61602
         USA

FROM:    Clerk of the Court

RE:      07-1955
         Fletcher, Anthony L. v. Emery, Mike
         07 C 1051, Harold A. Baker, Judge

Herewith is the mandate of this court in this appeal.
A certified copy of the opinion/order of the court
shall constitute the mandate.

The record that was filed with this court in this cause
will be returned at a later date.

Copies of this notice sent to:        Counsel of record

[ ]      United States Marshal

[ ]      United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy
of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S.  Court of Appeals for
the Seventh Circuit.

Date: _____          _____
(1203-052495)                         Deputy Clerk, U.S. District Court