# United States District Court

CENTRAL DISTRICT OF ILLINOIS

**Anthony Fletcher**

vs.                                                        Case Number:    **07-1051**

**Mike Emery, et al.**

## ORDER

    Pursuant to the **1/8/08** mandate, in appellate case number **07-1955**, from the United States Court of Appeals, Seventh Circuit **[32]**, the agency having custody of the plaintiff, **Anthony Fletcher,** is directed to remit the appellate docketing fee of $455 from his prison trust fund account if such funds are available. If he does not have $455 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $455 is paid in its entirety. The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 11th day of January, 2008.

                                      ____s/Harold A. Baker_____
                                        HAROLD A. BAKER
                                        U.S. District Judge