E-FILED
Tuesday, 15 January, 2008 04:19:49 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

NOTICE OF RECORD RETURN

DATE:     January 14, 200S

TO:       Pamela E. Robinson
          United States District Court
          Central District of Illinois
          Room 309
          100 N.E. Monroe Street
          Peoria, IL  61602
          USA

**FILED**

JAN 1 5 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FROM:     Clerk of the Court

RE:       07-1955
          Fletcher, Anthony L. v. Emery, Mike
          07 C 1051, Harold A. Baker, Judge

The mandate or agency closing letter in this cause issued on 01/0S/0S.

Returned herewith is the record which was transmitted to this court.

ENCLOSED:

| [ ]  | Volumes Administrative Record |
| [1]  | Volumes Pleadings |
| [ ]  | Volumes Loose Pleadings |
| [ ]  | Volumes Transcripts |
| [ ]  | Volumes Exhibits |
| [ ]  | Volumes Depositions |
| [ ]  | In Camera material |
| [ ]  | Other: _____ |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

Received above record from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____     _____
                                          Deputy Clerk, U.S. District Court
(1073-042591)                             or Agency Representative