Case: 1:07cv1051

Re:
Anthony L Fletcher 100063630
TAZEWELL COUNTY
Tazewell County Justice Center
Inmate Parcels/Mail
101 S Capitol
Pekin, IL 61554

---

**FILED**
FEB 11 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Tazewell County Justice Center
ATT: Civil Process
101 S. Capitol
Pekin, IL 61554

RETURN TO SENDER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
ROOM 309
FEDERAL BUILDING
100 N.E. MONROE
PEORIA, ILLINOIS 61602

OFFICIAL BUSINESS